FILED
STATESVILLE, N.C.

MAY 2 7 2015

U.S. District Court
Western District of N.C.

PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Marshall Lee Brown Jr.

Enter above full name of Plaintiff.
One plaintiff permitted per complaint.

Case No. 5:15CV66

v.

George T. Solomon, Betty Brown
Swindell Edwards, Daniel Redding
Susan White et al

Enter above full name of defendant (s)

I.    PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?        Yes (   ) No (X)

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.

   1.   Parties to previous lawsuits:
        Plaintiffs: _____
        _____

        Defendants: _____
        _____

   2.   Court (if federal court, name the district; if state court, name the county): _____

   3.   Docket number: _____

   4.   Name of presiding judge: _____

   5.   Disposition (for example, was the dismissed? Appealed? Is it still pending?)
        _____

   6.   Approximate date of case filing: _____

II.    PREVIOUS IN FORMA PAUPERIS LAWSUITS

    A.    While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in

       which you were allowed to proceed in forma pauperis (without prepayment of fees)?

       Yes ( ) No (√)

       1.   Name the court and docket number for each:

              _____

              _____

    B.    Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were

       frivolous, malicious, or failed to state a claim upon which relief may be granted?

       Yes ( ) No (√)

       1.   If yes, how many?

              _____

       2.   Name the court and docket number for each action:

              _____

              _____

III.   EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

    A.    Did you present the facts of each claim relating to your complaint to the Inmate Grievance
       Commission or any other available administrative remedy procedure?
       Yes (√) No ( )

    B.    If your answer is Yes:
       1.    When did you file your grievance?

           1 - 7 - 15

       2.    What was your grievance?

           *See Attached Admin. Remedy Procedure Filed*

       3.    Did you appeal any adverse decision to the highest level possible in the administrative
          procedure? Yes (√) No ( )

          If yes, when was the decision and what was the result?

          *See Attach Administrative Remedy Procedure Filed*

    C.    If your answer to A is no, identify the claim(s) and explain why not:

DC-410B (08/2012)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF ADULT CORRECTION

STATE OF NORTH CAROLINA

PAT McCRORY
GOVERNOR

FINESSE G. COUCH
EXECUTIVE DIRECTOR

INMATE GRIEVANCE RESOLUTION BOARD

MSC 4207, Raleigh, NC 27699-4207

### Administrative Remedy Procedure

MEMBERS
JAMES D. FOSTER, ESQ.
DARRIN D. JORDAN, ESQ.
MAE B. McLENDON, MSW
MATTHEW ROUSE, JR., D.H.L.

**Step Three**

| | | | |
|---|---|---|---|
| 35. Inmate Name | Brown, Marshall | 36. GRB Grievance No.: | 8056 |
| AKA: | | | |
| 37. Inmate # | 0050673 | 38. Unit Grievance No. | 4870B15015 |
| 39. Location: Alexander CI | 4870 | 40. Date Received: | 2/5/2015 |

**41. GRIEVANCE EXAMINER: Findings and Disposition Order**

Marshall Brown filed this grievance on 01/07/15 at Alexander Correctional Institution. He stated that he was treated unfair and his religious rights are being violated as a Jehovah witness.

This examiner has carefully reviewed the grievance and the response given by staff in the DC-410A response. From this review, it appears that staff has adequately addressed this inmate's grievance concerns. I adopt the facts found by the staff investigator.

On this record, it appears that proper action has been taken by staff to resolve this inmate's grievance concerns. Therefore, this grievance is considered resolved by DPS staff.

42. Date: _7/9/15_     43. _[signature]_ Inmate Grievance Examiner

DISTRIBUTION: Original (DC-410B) to location of final action.

cc: [ ] Unit Superintendent

DC-410A (7/13)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

## Step One - Facility Response

20. Grievance No.: ___4870-B-15-015___

21. Inmate Name: __Marshall____Brown__

22. Inmate No.: ___0050673___

23. Grievance Response (Item #25 to be completed within 15 calendar days of date in item #17):

In your grievance you are asking for a change in the NCDPS Religious Policy Manuel. The Chaplin at Alexander does not have the authority to change the policy. You need to communicate your request to the Director of Chaplaincy Services, Chaplin Brown in Raleigh. Until the policy is changed Jehovah Witness's will be considered a Christian/ Protestant religion.

24. Date: ___1/20/15___

25. _____
Facility Head/Designee Signature

26. (A) ____ Agree with grievance response

(B) _✓_ Appeal to Step Two (24-hour limit)

27. Date: ___1/20/15___

28. _Marshall Lee Brown_
Inmate Signature

## Step Two - Area/Complex/Facility Response

29. Step two response (Item #31 to be completed within 20 calendar days of date in item #27):

I have reviewed your grievance and found that it has been appropriately responded to in Section #23. No further action deemed necessary.

30. Date: ___1-26-15___

31. _____
Facility Head Signature

32. (A) ____ Agree with grievance response

(B) _✓_ Appeal to Secretary, DPS (24-hour limit)

33. Date: ___1/28/15___

34. _Marshall Lee Brown_
Inmate Signature

DISTRIBUTION: White to point of final disposition; Blue for Unit Record; Green to Inmate

DC-410 (Rev. 7/13)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: Marshall Law Brown    2. Inmate No.: 0050693

3. Location: AXCI 4870 Blue JG-34    4. Date: 1-7-15

5. Grievance Statement: (In REFERENCE AND Supplementary to GRB File No. "4908", "2867, and "1700") Mr. Betty A. Brown in individual capacity and official capacity as Chaplaincy Service Director, Et Al., Religous Committee for the NCDPS-DOC and under the supervision of Mr. Frank L. Perry secretary of NCDPS-Adult and Juvenile Facilites, And Mr. George T. Soloman Director both in their individual and official capacity have endorse a Policy identified as the Religious Practice Manual prepared for the use of chaplains, administrators, And Et Al. staff of the NCDAC-DPS. This Religious Practice Manual Policy imposes and recomends with authority what shall be right or true, establish and approved, toward the religion and religious organazation of the Jehovah's Witnesses who are also the Watchtower Bible and Tract Society of New York INC. Thereby misrepresenting the religious

6. What remedy would resolve your grievance?: Relief sought is: (1) The Religious Practice Manual be Amended to reflect that Jehovah's Witness are a Christian organization with doctrines, beliefs and practices specific to their faith provide by the Watchtowe Bible

7. Inmate Signature: Marshall Law Brown

---

## OFFICIAL USE

8. Date received: 1/9/15    9. _____ Hill
                              **Receiving Officer Signature**

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: __/__/__    12. _____
                                **Screening Officer Signature**

13. The grievance is rejected for the following reason(s): (Enter Code) _____

A. State or Federal Court Decision       B. Parole Commission Decision        C. Appeals disciplinary action
D. Action not yet taken                  E. Exceeds 90 day time limit         F. Remedy for another inmate
G. More than one incident                H. ARP procedures not followed       I. Violates Disciplinary C2
J. Beyond control of DPS

> If grievance is rejected, #13, #14, #15, and #16 are completed by the
> Screening Officer, a photocopy of grievance is forwarded to Superintendent
> for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

15. Date rejected: __/__/__    16. _____
                                **Screening Officer Signature**

17. Date accepted: 1/12/15    18. Stan Wiese
                                **Screening Officer Signature**

| 19. Grievance No. |
| --- |
| 4870-B-15-015 |

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition; Blue for Unit record; Green to inmate.

DC-410 (Rev. 7/13)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: Marshall Lee Brown    2. Inmate No.: 0050623

3. Location: AXCT-4090 Blue JE-34    4. Date: 1-7-15

5. Grievance Statement: doctrines and practices of the Jehovah's Witnesses religion by asserting they adhere to the religious precepts asserted to in the Religious Practice Manual under the heading and subheadings: Christian, Protestant And Basic Beliefs; so as to include the Jehovah's Witnesses religion as a Protestant denomination. The Religious Practice Manual by attributing false and inaccurate precepts through its assertions serves not only to mislead but to also slander the reputation of the Jehovah's Witnesses and thereby the Watchtower Bible and Tract Society Inc. who are the same. This prescriptive measure on the part of the Religious Practice Manual enables the discrimination and deprivation of the religion and religious worship services of the Jehovah's Witnesses at Alexander Correctional Institution 4090 at Taylorsville, NC. by the Clinical Chaplain II in his individual capacity and official capacity

6. What remedy would resolve your grievance?: And Tract Society INC. an are uncompromisingly Adhere to. They are separate from Protestantism, Catholicism and Eastern-

7. Inmate Signature: Marshall Lee Brown

### OFFICIAL USE

8. Date received: 1 A 15    9. _____ Hill
   Receiving Officer Signature

10. [ ] This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: / /    12. _____
   Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

   A. State or Federal Court Decision    B. Parole Commission Decision    C. Appeals disciplinary action
   D. Action not yet taken    E. Exceeds 90 day time limit    F. Remedy for another inmate
   G. More than one incident    H. ARP procedures not followed    I. Violates Disciplinary C2
   J. Beyond control of DPS

   If grievance is rejected, #13, #14, #15, and #16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

15. Date rejected: / /    16. _____
   Screening Officer Signature

17. Date accepted: 1/12/15    18. _____
   Screening Officer Signature

19. Grievance No.
   4900 15-015 16

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition; Blue for Unit record; Green to inmate.

DC-410 (Rev. 7/13)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: Marshall Lee Brown     2. Inmate No.: 0050693

3. Location: AXCT. 4820 Blue S3 - 34     4. Date: 1 - 7 - 14

5. Grievance Statement: Mr. Daniel Redding turned the inmates whose religious preference is Jehovah Witnesses and the religious worship services there of depriving myself and others the rights guaranteed by the Constitution of the United States of Equal Protection, Free Exercise of Religion, and violates the Establishment Clause, the Fourteenth and First Amendments. Concisely, the Religious Practice Manual endorse by the afore mentioned named officials under the heading 'Christian' and the subheading 'Basic Beliefs', asserts that Christianity can be divided into these (3) major groups: 1. Protestant, 2. Catholic and 3. Eastern Orthodox. That religious concepts and practices within Protestantism vary greatly from denomination to denomination. However there are a group of beliefs and practices that are common to all Christian denomination: God as revealed in Jesus Christ, the holy spirit as the third person of the trinity, and

6. What remedy would resolve your grievance?: - Orthodox beliefs, and religious philosophy. (2) want Clinical Chaplain II of AXCT. 4820 Daniel Redding affirm the Jehovah's Witnesses religion the time and place for a reasonable opportunity for religious worship services

7. Inmate Signature: Marshall Lee Brown

---

### OFFICIAL USE

8. Date received: 1 / 12 / 15     9. _Hall_
                           Receiving Officer Signature

10. [ ] This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: / /     12. _____
                                 Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

    A. State or Federal Court Decision     B. Parole Commission Decision     C. Appeals disciplinary action
    D. Action not yet taken     E. Exceeds 90 day time limit     F. Remedy for another inmate
    G. More than one incident     H. ARP procedures not followed     I. Violates Disciplinary C2
    J. Beyond control of DPS

> If grievance is rejected, #13, #14, #15, and #16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

15. Date rejected: / /     16. _____
                              Screening Officer Signature

17. Date accepted: 1 / 12 / 15     18. _Station N.W._
                              Screening Officer Signature

19. Grievance No.: 4820B - 15 - 015 6

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition; Blue for Unit record; Green to inmate.

DC-410 (Rev. 7/13)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: Marshall Lee Braswel  2. Inmate No.: 0050673

3. Location: AXCI-4870 Blue Ja-34  4. Date: 1-7-15

5. Grievance Statement ② Salvation through Christ. This Religious Practice Manual ascribes to lay down as a rule in the grand arena of Christianity the advancement of Protestantism and the religious adherent to the precepts and formulated doctrines of the trinity and further asserts that these beliefs and practices are common to all Christian denominations. The Religious Practice Manual takes upon itself to dictate the beliefs and practices of every other religion asserting to be Christian by the standards of the Religious Committee and the ideologies of Protestantism and not by the doctrines, beliefs and practices dictated by the Watchtower Bible and Tract Society who are the Jehovah's Witnesses thereby imposing Protestantism ideologies on the religion of the Jehovah's Witnesses who do not believe, practice or adhere to the Trinity doctrine or any Protestant doctrines. The Religious Practice Manual

6. What remedy would resolve your grievance?: once a week to is offered other religious in similar situated situation ③ Clinical Chaplain II Daniel Redding coordinate with the NCDPS-DOC approved and vetted volunteer ministers of Jehovah's Witnesses and past

7. Inmate Signature: Marshall Lee Braswel

---

**OFFICIAL USE**

8. Date received: 1/9/15  9. _Hall_
Receiving Officer Signature

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: ___/___/___  12. _____
Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

| | | |
|---|---|---|
| A. State or Federal Court Decision | B. Parole Commission Decision | C. Appeals disciplinary action |
| D. Action not yet taken | E. Exceeds 90 day time limit | F. Remedy for another inmate |
| G. More than one incident | H. ARP procedures not followed | I. Violates Disciplinary C2 |
| J. Beyond control of DPS | | |

> If grievance is rejected, #13, #14, #15, and #16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

15. Date rejected: ___/___/___  16. _____
Screening Officer Signature

17. Date accepted: 1/13/15  18. _Stanuca Hill_
Screening Officer Signature

19. Grievance No.
4870-B-15 015  6

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition; Blue for Unit record; Green to inmate.

DC-410 (Rev. 7/13)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: Marshall Lee Brown     2. Inmate No.: 0050673

3. Location: AXCI-4820 Blue JE-34     4. Date: 1-9-15

5. Grievance Statement: Falsely and inaccurately insinuate this lie on the religion of the Jehovah's Witnesses so as to then claim to include them as a Protestant denomination so as to appear to have a legal right to discriminate and deprive the religion of Jehovah's Witnesses their specific, distinct religious worship services by claiming or making it seem that they share the same beliefs and practices. This insidious effort affords and enables the discrimination and deprivation of the religion of Jehovah's Witnesses or inmates whose religious preference is such here at AXCI-4820 by Clinical Chaplain II Daniel Redding. The admittance of the Religious Practice Manual that 'it is not meant to be an exhaustive study of all religions'; this statement lends credence to the indifference the Religious Committee has for the rights and doctrines and practices of any other religions outside those

6. What remedy would resolve your grievance?: means in the eligible units of time and place to be announced at AXCI-4820 (2) That the Examiner appointed mediate justly so as to gain a truthful factual cadence to this issue

7. Inmate Signature: Marshall Lee Brown

### OFFICIAL USE

8. Date received: 1/9/15     9. Hall
                    Receiving Officer Signature

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: / /     12. _____
                              Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

   A. State or Federal Court Decision    B. Parole Commission Decision    C. Appeals disciplinary action
   D. Action not yet taken    E. Exceeds 90 day time limit    F. Remedy for another inmate
   G. More than one incident    H. ARP procedures not followed    I. Violates Disciplinary C2
   J. Beyond control of DPS

> If grievance is rejected, #13, #14, #15, and #16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

15. Date rejected: / /     16. _____
                              Screening Officer Signature

17. Date accepted: 1/12/15     18. _____
                              Screening Officer Signature

19. Grievance No.
4820-B-15-005

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition; Blue for Unit record; Green to inmate.

DC-410 (Rev. 7/13)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: Marshall Lee Brown      2. Inmate No.: 0050623

3. Location: AXCI - 4890 Blue J2 - 34      4. Date: 1-7-15

5. Grievance Statement: Advanced and advocated by the Religious Practice Manual this is especially so under and by its prescription of Christianity. Since the Jehovah's Witnesses have their own public web-site easy and simple accessibility was and is at the Religious Committee's finger tips (WWW. jw. ORG) and the truth and facts concerning the belief and practices of the Jehovah's Witnesses available. The simple and plain truth is that Jehovah Witnesses though asserting to be Christian do not and have never been believers, practicers or adherents to the formulated doctrine of the trinity and do not adhere to any of the Protestantism, Catholicism, or Eastern Orthodox religious doctrines or their religious philosophy. They are a non-compromising distinct and specific religious adherent to only the doctrines put forth from their own Watchtower Bible and Tract Society

6. What remedy would resolve your grievance?: And not be indifferent in doing the right and just remedy. Thank you.

7. Inmate Signature: Marshall Lee Brown

### OFFICIAL USE

8. Date received: 1/9/15      9. _Hall_
                              Receiving Officer Signature

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: __/__/__      12. _____
                                Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

   A. State or Federal Court Decision   B. Parole Commission Decision   C. Appeals disciplinary action
   D. Action not yet taken              E. Exceeds 90 day time limit     F. Remedy for another inmate
   G. More than one incident            H. ARP procedures not followed   I. Violates Disciplinary C2
   J. Beyond control of DPS

> If grievance is rejected, #13, #14, #15, and #16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

_____

15. Date rejected: __/__/__      16. _____
                                     Screening Officer Signature

17. Date accepted: 1/12/15      18. _____
                                     Screening Officer Signature

19. Grievance No. _____

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition; Blue for Unit record; Green to inmate.

DC-410 (Rev. 7/13)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: Marshall Lee Brown    2. Inmate No.: 0050693

3. Location: AXCT 4970 Blue Jr 34    4. Date: 1-17-15

5. Grievance Statement: Concise information on the belief and practices of the Jehovah's Witnesses can be accessed on their public web-site from their publication "Reasoning from the Scriptures", pages 405, 209, 380 and 395. Jehovah's Witnesses believe that Jesus Christ is the first created spirit person created by Jehovah God so therefore he is not Jehovah God; Prov. 8:22-31, Col. 1:15, Rev. 3:14; that the holy spirit is not a third person or person at all, nor a part of any trinity; Ps. 104:30, 2 Pet. 1:21, Acts 4:31; that Jehovah God can not die or lie; Habakkuk 1:12 and Heb. 6:18; and that Salvation belongs to Jehovah God Ps. 3:8, Rev. 7:10. An examination of these facts by the examiner appointed by the GRB, as well as the three named official will support the truth of my allegation, and I ask only that the examiner mediate and examine thoroughly and not just brush aside the issue.

6. What remedy would resolve your grievance?: _____

_____

7. Inmate Signature: Marshall Lee Brown

## OFFICIAL USE

8. Date received: 1/19/15    9. _____
Receiving Officer Signature

10. [ ] This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: / /    12. _____
Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

A. State or Federal Court Decision    B. Parole Commission Decision    C. Appeals disciplinary action
D. Action not yet taken    E. Exceeds 90 day time limit    F. Remedy for another inmate
G. More than one incident    H. ARP procedures not followed    I. Violates Disciplinary C2
J. Beyond control of DPS

If grievance is rejected, #13, #14, #15, and #16 are completed by the
Screening Officer, a photocopy of grievance is forwarded to Superintendent
for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

_____

15. Date rejected: / /    16. _____
Screening Officer Signature

17. Date accepted: 1/19/15    18. _____
Screening Officer Signature

19. Grievance No.
4970R15-13

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition; Blue for Unit record; Green to inmate.

IV. **PARTIES**

A. Plaintiff's Name:

MARSHALL LEE BROWN JR.

Address/Place of Confinement: Alexander Correctional Institution

633 Old Land Fill, Rd. Taylorsville NC 28681

B. Defendant(s)

Name of Defendant 1: George T. Solomon

Position: Director - North Carolina Dept. of Public Safety

Place of Employment: 831 W. Morgan St. Raleigh, NC 27699-4260

Current Address: _____

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: Chaplain Ms. Betty Brown

Chaplaincy Services director - NCDPS

831 W. Morgan St. Raleigh, NC 27699-4260

Defendant 3: Chaplain Swindell Edwards

Chaplaincy Services director - NCDPS

831 W. Morgan St. Raleigh, NC 27699-4260

Defendant 4: Chaplain ~~Clinical~~ ~~III~~ Mr. Daniel Redding

Clinical Chaplain II Alexander Correctional Institution

633 Old land Fill Rd. Taylorsville, N.C. 28681

(Continue on separate sheet if necessary.)

See Attach page labeled Defendant 5 *

Attach page
Defendant 5 *

Defendant 5:
            Ms. Susan White
    Superintendent of Alexander Correctional Institution
    633 Old Land Fill, Rd, Taylorsville, NC 28681

STATEMENT OF CLAIM

State here as briefly as possible the FACTS in your case.  Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights.  All relevant times, dates, and places should be included.  YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  You may only combine claims involving events that relate to all defendants.  Number and set forth each separate claim in a separate paragraph.  Unrelated claims involving separate events must be set out in a separate complaint.  (Attach additional sheets if necessary.)

See Attach pages ①-9

VI.  REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

① NCDPS-RRGPM be Amended to Reflect Jehovah's Witnesses are a distinct Christian organization with non-traditional beliefs and practices

② Distinct religious worship service of Jehovah's Witnesses be Reinstated at AKC I-4820 once a week in the Chapel library

3. Because of the spiritual stress and strain and

Appropriately, practically from the beginning of normal operations at Alexander Correctional Institution (AXCI-4820), Clinical Chaplain II Mr. Daniel Redding procured and ensured that a North Carolina Dept. of Public Safety veted volunteer minister of the Jehovah's Witnesses Mr. Louis Fittipaldi was provided the time and place the Chapel's library next door to the Chapel to conduct a separate Jehovah's Witnesses distinct religious faith group worship service which is a part of their belief and practice. These distinct religious faith worship service were open to persons of interest as well as Jehovah's Witnesses inmates once a week each Sunday from 1830-2030. The special annual celebration of Christ death was held and conducted on 4-14-14 the only religious celebration Jehovah's Witnesses believes is biblically commanded to do, also on 4-26-14 a religious faith worship service was held and conducted by Jehovah's Witnesss a lecture also open to anyone interested. While the two Jehovah's Witnesses distinct religious worship services were being conduct in the Chapel's library, the traditional Protestantism religious worship service were being held and conducted by protestant minister's and Chaplain Redding himself in the Chapel.

Unfortunately, this is no longer the case. After years of permitting the Jehovah's Witnesses inmates at AXCI-4820 a reasonable opportunity to worship as a religious faith group community, Clinical Chaplain II Mr. Daniel Redding has imposed a substantial burden on the free Exercise of Religion and Religious worship for Jehovah's Witnesses inmates confined at AXCI-4820 by arbitrarily suspending their distinct religious faith community worship services indefinately.

When asked by Jehovah's Witnesses minister Mr. Louis Fittipaldi and the Jehovah's Witnesses inmate community at AXCI-4870 for a reasonable explanation as to why he [Chaplin Daniel Redding] cancelled the Jehovah's Witnesses distinct religious Faith group worship service, Clinical Chaplain II Mr. Daniel Redding Failed to specify any reasonably related legitimate, neutral or compelling interest narrowly tailored in the Furtherence of an AXCI-4820 chapel, institution, correction or government goal For suspending the Jehovah's Witnesses specific religious Faith group worship service and For refusing to reinstate it. On 6-30-14 request was made to Clinical Chaplain II Mr. Daniel Redding to reinstate the weekly distinct religious worship service of the Jehovah's Witnesses. Clinical Chaplain II Mr. Daniel Redding denied the request and did not cite security, order, efficiency or rehabilitation concerns to justify his unwarranted actions nor did he mention any undue hardship, inmate work or program assignments, lack of prison staff or resources, cost concerns or time constraints For his unnecessary decision.

Surprisingly however, Clinical Chaplain II Mr. Daniel Redding points to the North Carolina Department of Public Safety's Religious Resource Guide and Practice Manual (NCDPS-RRGPM), as his pretense For discontinuing and refusing to reinstate the Jehovah's Witnesses distinct religious Faith group worship services.

Quoting Clinical Chaplain II Mr. Daniel Redding, "Jehovah's Witnesses is included under Christian-Protestant. I do not have to offer a time or meeting place for Jehovah's Witnesses to...



meet. Until the policy is changed, I will not provide Jehovah's Witnesses specific services at AXCI-4870". In one response this comment was added: 'Christian-Protestant Religious worship services are on Sunday evenings'.

Therefore, in an attempt to understand the RRGPM policy's basis supporting Clinical Chaplain II Mr. Daniel Redding's arbitrary decision, it was necessary for me to consult the 'Christian' section of the NCDPS-RRGPM. My investigation revealed a sequence of Religious policy statements deliberately formulated to compel markedly disparate Religious organizations to either participate in a traditional Christian Protestantism, who's basic beliefs are prescribed by the NCDPS-RRGPM, or forfeit any reasonable opportunity of Free Exercise to worship together in their own specific faith group community.

These Religious Policy statements are as follows:

1. The NCDPS-RRGPM states that Christianity can be divided into three (3) major groups: (1) Protestant, (2) Catholic, and (3) Eastern Orthodox.

2. The NCDPS-RRGPM prescribes three (3) beliefs that they claim are common to all Christian denominations:

   a. God as revealed in Jesus Christ

   b. the holy spirit as the third person of the trinity

   c. salvation through Christ

3. The NCDPS-RRGPM identifies Eighteen specific Religious organizations which it classifies as Christian-Protestant denominations or sects united in their adherence of the three (3) Prescribed Religious criteria (Articles of Faith)

claimed to be "common to all" Christian denominations.

4. The NCDPS-RRGPM imposes a Religious policy Restriction Prohibiting separate Faith specific worship services by ANY of the eighteen Religious organizations designated by policy As Christian-Protestant denominations and sects.

However, it is incorrect to classify the Jehovah's Witnesses religious organization as a Christian-Protestant denomination, or sect. Demonstrable by Chaplain Daniel Redding's previous actions in procuring and ensuring separate Religious worship service at the start thus the Chaplain's conscious as to the doctrinal disparity that existed despite the claims of the NCDPS-RRGPM. The NCDPS-RRGPM prescribes three (3) beliefs that they claim are common to all Christians denomination, these beliefs amount to what is known as Athanasian Creed or the Trinitarian dogma. This doctrinal concept of god is not accepted by nor adhere to by the religious organization of the Jehovah's Witnesses, and though the Protestant, Catholic and Eastern Orthodox religions adhere to this doctrinal belief, Jehovah's Witnesses have from their modern day inception over a 100 years, have publicly, door to door, radio, and literature publish by their religious organization the Watchtower Bible and Tract Society, denounced, refuted emphatically the trinitarian dogma as un biblical. Regardless of whom a group profess to worship, if they hold to doctrines of men instead of the inspired Word of God, their worship is in vain. Therefore Jehovah's Witnesses believes that the worship of the trinity is unacceptable

to the true God of the bible Jehovah. Jehovah's Witnesses follow the command at 2 Cor. 6:14-17: "Do not become unevenly yoked with unbelievers, and at 1 Cor. 1:10: that you should all speak in agreement, and that there should not be divisions among you." Such unity would never be achieved if the individuals did not meet together, benefit from the same spiritual feeding program, and respect the agency through which such instruction was provided. Jehovah's Witnesses believe this to be the Watchtower Bible and Tract Society of New York, INC. governing body.

The NCDPS-RRGPM has instructions under the title heading: "How to use this Manual". In it is stated: "the RRGPM is not meant to be an exhaustive study of all religions, that each section in the Manual will be reviewed and updated at regular intervals, that this will allow the addition of relevant material from knowledgeable religious authorities to make it more accurate and usable.

On 2-23-15 an informal letter to Superintendent Ms. Susan White along with a completed DC-572 form and extensive factual information so as the Chaplaincy Services director could contact the Acknowledge knowledgeable religious authorities of the Governing Body of the Watchtower Bible and Tract Society of New York, INC of Jehovah's Witnesses so as to in keeping with their RRGPM policy statement "update, allow the addition of relevant material." What better place than the world headquaters of Jehovah's Witnesses themselves. The purpose to show that Protestantism beliefs and practices and dogma

are incorrigibly contrary and incompatible to the religion of the Jehovah's Witnesses and to correct the error of the NCDPS-RRGPM by amending it to reflect the true beliefs of Jehovah's Witnesses. Superintendent Ms. Susan White did not respond to me, however she did forward the DC-572 form, and information packet to Clinical Chaplain II Mr. Daniel Redding, who then forwarded to the NCDPS-Chaplaincy Service director Chaplain Betty Brown.

On 3-23-15 a memo statement from the NCDPS-Chaplaincy Service director's Chaplain Swindell Edwards and Chaplain Betty Brown stated: "The DC-572 form is not to be used for existing approved religious faith groups. The Jehovah's Witnesses is consider as Christian-Protestant in the RRGPM, therefore there is to be no separate service or meeting time just for them, they are being accommodated according to NCDPS policy."

The accommodation accorded by the NCDPS-RRGPM policy at AXCI-4870 is the religious discrimination and suppression of the inmate's and religion and religious worship service distinct to Jehovah's Witnesses, and the dissimilar treatment that allows the Jehovah's Witnesses inmate's to be denied their distinct religious worship service because of the prevarication prescribe to their beliefs and practices, while the Catholic, Eastern Orthodox and Protestant religious to whom the RRGPM policy prescription are true, are permitted an allowed separate religious worship service

Even though Protestant, Catholic and Eastern Orthodox religions worship the same trinitarian god.

The unscrupulous fabrication of the NCDPS-RRGPM and the apathetic and bias behavior of the NCDPS-Chaplaincy Service directors Chaplain Betty Brown and Chaplain Swindell Edwards is now presented for this Honorable court to decide.

Clinical Chaplain II Mr. Daniel Redding in his official and individual capacity being the least in position to effect a change, yet with held assistance in stating the truth that Jehovah's Witnesses beliefs were in Fact distinct. Instead Chaplain Redding chose to discriminate religiously and suppress under the color of law the inmate's of the Jehovah's Witnesses Faith and the Jehovah's Witnesses religion.

Superintendent Ms. Susan White of AXCI-4870 in her official and individual capacity however did Forward the DC-572 Form and substantiating evidence to support my claim to Clinical Chaplain II Mr. Daniel Redding, whether it was in her power to take Further redressable actions, or investigative measures is unknown to me.

NCDPS-Chaplaincy Service director's Chaplain Betty Brown and Chaplain Swindell Edwards in their official and individual capacity were in Fact the epicenter and position to admit and recognize the error of the RRGPM policy an it's Unconstitutional consequence, yet they chose to be apathetic toward the important religious concerns of others and continue to show bias by supporting the major religions that advocate the trinitarian doctrine and belief, while allowing discriminatory religious suppression over the # craftiness of word play

such As Christian - Protestant.

Director of the NCDPS George T. Solomon in his official and individual capacity of supervision has said named official under him And therefore should keep him Aware of possible legal or Constitutional matters, as well as the Grievance Commission / Resolution Board; And the examiners they Appoint.

The religious organization of Jehovah's Witnesses Are Christian; however they do not Adhere to the so-called traditionalist doctrines such as the trinity And other doctrines. However their distinct religious worship service is part of their religion as "the gathering of ourselves together" Heb. 10:24-25. The Governing Body of the legally Chartered Christian organization of Jehovah's Witnesses has the Authority to dictate biblical Approved beliefs so as to Avoid beliefs And practices And doctrines shown to be False And to be Avoided, "Do not become unevenly yoked with unbelievers" 2 Cor. 6:14-17 And "you should All speak in Agreement," 1 Cor. 1:10.

Clearly the beliefs And practices the NCDPS-RRGPM proscribes Are not the beliefs And practices of Jehovah's Witnesses, And For the RRGPM And Chaplaincy Services to proscribe the Jehovah's Witnesses As A Protestant denomination Falsely so As to circumvent permitting the Jehovah's Witnesses their distinct worship service goes against Fair play of the First Amendment Free Exercise Clause, Establishment Clause, Fourteenth Amendment And the Religious Land use Institutionalized person Act.

## Requested Relief

1. That the NCDPS-RRGPM be Amended to Reflect that Jehovah's Witnesses Are A distinct worldwide Christian Religious society of people who Actively bear witness Regarding Jehovah God And his purposes Affecting mankind. They base their beliefs solely on the bible, Are Advocates of God's Kingdom, not of political, economic or social system of Any nation of this old world, nor do they Adhere to the traditional doctrines of Protestantism, Catholicism or Eastern Orthodox denominations.

2. That Jehovah's Witnesses specific Religious worship services be Reinstated once A week At AXCI-4820 conduct by NCDPS- vetted volunteer Jehovah's Witnesses ministers As soon As possible

3. Due to the spiritual stress, tensions and burden and emotional hardship placed on the plaintiff, that the cost of Filing this complaint As nominal compensation For their Flagrant disregard For the U.S. Const. be incurred upon Chaplain Swindell Edwards, Chaplain Betty Brown For it was in their power to Redress this issue properly At Administrative Remedy level.

**REQUESTED RELIEF CONTINUED:**

Emotional tension the cost of Filing this complaint
be incur to Chaplain Swindell Edwards, Chaplain
Betty Brown and Chaplain Daniel Redding. Such
other relief as the Court may deem appropriate.

Date: 4-29-15

Signature: Marshall Lee Brown Jr.

Prison ID #: 0050673