# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:15-cv-66-FDW

| | |
|---|---|
| MARSHALL LEE BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GEORGE T. SOLOMON, ET AL., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on April 29, 2015. On September 18, 2017, this Court entered an Order directing service of process on Defendants George T. Solomon, Betty Brown, Swindell Edwards, Daniel Redding, and Susan White, to Plaintiff at his address of record with instructions for Plaintiff to fill out and return them for service of process by the U.S. Marshals Service. (Doc. No. 7). To date, Plaintiff has not returned the summons forms to the Clerk for service of process by the U.S. Marshal.

1

**IT IS, THEREFORE, ORDERED that:**

(1) Plaintiff **shall have fourteen days from service of this Order** in which to either return the filled-out summons forms to the Clerk for service of process on Defendants Defendants Solomon, Brown, Edwards, Redding, and White, or to respond to this Order showing cause for why he has not returned the summons forms to the Clerk for service of process. If Plaintiff fails to respond to this Order, this action will be dismissed without prejudice and without further notice to Plaintiff.

Signed: October 23, 2017

Frank D. Whitney
Chief United States District Judge