IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No.: 5:15-CV-0066-FDW

MARSHALL LEE BROWN, JR., )
)
Plaintiff, ) **DEFENDANTS' APPENDIX/INDEX**
) **OF EXHIBITS IN SUPPORT OF**
v. ) **MOTION FOR SUMMARY**
) **JUDGMENT**
GEORGE T. SOLOMON, *et. al.*, ) Local Rule 7.1(C)
)
Defendants. )

**NOW COME** Defendants George T. Solomon ("Defendant Solomon"), Betty Brown ("Defendant Brown"), Swindell Edwards ("Defendant Edwards"), Daniel Redding ("Defendant Redding"), Susan White ("Defendant White") and Kenneth Beaver ("Defendant Beaver") (collectively, "Defendants"), and submit this Appendix/Index of Exhibits in Support of their Motion for Summary Judgment (D.E. ):

- Affidavit of Defendant Redding, with attached Exhibits A – F
  A. Plaintiff's External Movement screen as recorded in OPUS
  B. NCDPS's Religious Practices Resource Guide and Reference Manual ("Manual") - Christian Faith section
  C. NCDPS Policy and Procedures, Chapter H, Section .0100, Title "Religious Services"
  D. Alexander Correctional Institution's (Alexander) Christian Worship schedule from July 2018 to June 2019 and Alexander's Religious Service Schedule
  E. Alexander's Monthly Program Statistics - June 2014
  F. Alexander's Chaplaincy Services monthly reports from January until July 2014 and Defendant Redding's personal monthly calendars from January until April 2014 on which he recorded religious services and activities

- Affidavit of Defendant Edwards

- Affidavit of Defendant Brown

- Exhibit 1 - *Allen v. South Carolina Dep't of Correction*, C.A. No. 3:10-939-HMH-JRM, 2012 U.S. Dist. LEXIS 65424, 2012 WL 1655295 (D.S.C. May 10, 2012), adopting Report and Recommendation reported at 2012 U.S. Dist. LEXIS 66018, 2012 WL 1655297 (D.S.C. Apr. 24, 2012)

Respectfully submitted, this the 29th day of October, 2018.

**JOSHUA H. STEIN**
**Attorney General**

**s/ Yvonne B. Ricci**
Yvonne B. Ricci
Assistant Attorney General
N.C. State Bar No. 21641
N.C. Department of Justice
Public Safety Section
P. O. Box 629
Raleigh, NC 27602-0629
Tel: 919-716-6540
Facsimile: 919-716-6761
Email: yricci@ncdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing **DEFENDANTS' APPENDIX/INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was served on the following via U.S. Mail, first-class postage prepaid:

Marshall Lee Brown
OPUS No. 0050673
Alexander Correctional Institution
633 Old Landfill Road
Taylorsville, NC  28681
*Pro Se Plaintiff*

This the 29th day of October, 2018.

                                        **s/ Yvonne B. Ricci**
                                        Assistant Attorney General