IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No.: 5:15-CV-0066-FDW

|  |  |  |
|---|---|---|
| MARSHALL LEE BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT SUPPORTING** |
| | ) | **DEFENDANTS' SUMMARY** |
| v. | ) | **JUDGMENT MOTION** |
| | ) | Rule 56(e), Fed. R. Civ. P. |
| GEORGE T. SOLOMON, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

I, DANIEL W. REDDING, JR., being first duly sworn, hereby deposes and says as follows:

1.       I am an adult over the age of eighteen (18) and am competent to provide this Affidavit.

2.       I am a named Defendant in this action; and I would like to provide the following information for the Court's consideration.  I am presently employed by the North Carolina Department of Public Safety, Division of Prisons ("NCDPS"), as a Clinical Chaplain at Alexander Correctional Institution ("Alexander").  I have been employed by NCDPS as a Clinical Chaplain II at Alexander since 1 June 2004.  As a Clinical Chaplain, my duties and responsibilities include ensuring that religious rights and practices of approximately 1,252 inmates are respected.

3.       It is my understanding that Plaintiff alleged in his Complaint that up until mid-2014 Jehovah's Witness inmates were provided separate faith services that included classes once a week on Sundays in the Chapel library, a special annual celebration of Christ's death on 14 April 2014, and a religious faith worship service and lecture on 6 April 2014.  Allegedly I refused to reinstate the separate services.  The Plaintiff is requesting that Jehovah's Witness be considered separate

and apart from the Christian/Protestant Religions since they do not believe in the holy trinity among other things.

4.     As a Clinical Chaplain at Alexander I have direct access to the Offender Population Unified System ("OPUS"), an electronic database containing comprehensive inmate records, and can review documentation that is recorded therein.   Plaintiff was transferred from Tabor Correctional Institution to Alexander on 9 March 2011 and remains confined at Alexander. *See* attached hereto as Exhibit A is a copy of Plaintiff's External Movement screen as recorded in OPUS.

5.     NCDPS provides written guidance to NCDPS administrators, chaplains, and other appropriate staff concerning religious practices and religious paraphernalia.   NCDPS's Religious Practices Resource Guide and Reference Manual ("Manual") written and published by the Division of Prisons Religious Practices Committee includes a list of faith practices that are officially recognized by NCDPS.   This Manual also includes a brief description of the basic beliefs, authorized practices, worship procedures, and authorized religious items associated with each faith group.   NCDPS recognizes the Christian faith as an approved religion.   The part of the Manual under Faith Groups includes a section for the Christian faith that provides guidance on its basic beliefs, authorized practices, and approved religious property.   Jehovah's Witness is included as a denomination or sect of the Christian faith.   A copy of the section of the Manual related to the Christian Faith is attached hereto and incorporated herein pursuant to Rule 10(c), Fed. R. Civ. P. as Exhibit B.

6. The Manual provides that Sunday is generally observed as the day of worship, study, prayer, and fellowship. Denominational Services are not offered. Jehovah's Witness adherents are encouraged to attend Christian Worship. *See* Exhibit B attached hereto at Bate-stamped pages 002, 007.

7. To the extent Plaintiff alleges that he is being unconstitutionally denied being able to engage in corporate or group worship because Jehovah Witness adherents cannot attend Protestant Christian services, NCDPS policies and procedures related to religious services were not promulgated with any intent to discriminate against Plaintiff or the Jehovah Witness denomination. Specifically, NCDPS Policy and Procedures, Chapter H, Section .0100, Title "Religious Services" provides in Subsection .0106(e) "Authorized Religious Practices,"

> (b) Regular population inmates are allowed to attend any corporate worship service held at the facility.

> (e) Any offender may privately pray, meditate, and study scriptures or religious literature in his or her cell, so long as the offender does not interfere with other offender(s), the offender's assigned program or work assignments, security or operational management.

Attached hereto and incorporated herein pursuant to Rule 10(c), Fed. R. Civ. P. as Exhibit C at pages 5-6 of 7.

8. At Alexander we average 2,000 offenders that attend a service each month. In my role as Clinical Chaplain at Alexander I am responsible for creating and maintaining a monthly religious services calendar that establishes a schedule for opportunities for inmates to participate in corporate worship at Alexander. Attached hereto and incorporated herein pursuant to Rule 10(c), Fed. R. Civ. P. as Exhibit D is Alexander's Christian Worship schedule from July 2018 to June 2019 and Alexander's Religious Service Schedule. Attached hereto and incorporated herein

3

pursuant to Rule 10(c), Fed. R. Civ. P. as Exhibit E is Alexander's Monthly Program Statistics from June 2014.

9.      As shown in Exhibit D Alexander has a full list of services offered with very little space for any new services.  The Christian Worship schedule has a wide representation of Protestant Denominations in an attempt to minister to the wide range of offender spiritual needs.

10.     Alexander's Christian worship services follow the same basic format that includes prayer, singing, and a message.  There is only one Chapel at Alexander that is used not only for Christian services, but also for the other faith groups.  Alexander does not offer a separate weekly worship service for Jehovah's Witness adherents because the Manual includes Jehovah's Witness as a Protestant denomination.  Alexander does not have the time nor space to offer a service for every Protestant denomination.

11.     While Plaintiff alleges that up until mid-2014 Jehovah's Witness inmates were provided separate faith services that included classes once a week on Sundays in the Chapel library, a special annual celebration of Christ's death on 14 April 2014 and a religious faith worship service and lecture on 6 April 2014 my records do not show that Alexander offered Jehovah's Witness adherents a regular meeting time or service during 2014.  I keep personal calendars and record all religious service attendance on the calendars for each service.  These calendars from 2014 do not indicate that Alexander had separate weekly Jehovah Witness services in 2014.  The April 2014 calendar shows a remembrance of the Lord's Supper for Jehovah Witness on Monday, April 14, 2014 that was allowed because Mr. Fittipaldi asked if he could meet with the inmates during the Easter season.  My records do not show that there was any service on 6 April 2014.  My records do show that there was a meeting for Jehovah Witnesses on Sunday, 24 April 2014.  *See* attached hereto and incorporated herein pursuant to Rule 10(c), Fed. R. Civ. P. as Exhibit F are copies of

4

Alexander's Chaplaincy Services monthly reports from January until July 2014 and my personal monthly calendars from January until April 2014 on which I recorded religious services and activities.

12.     Plaintiff receives a Pastoral visit from a Jehovah Witness visitor once a month.

13.     I have made every reasonable effort to accommodate Plaintiff's requests related to the practice of his faith in compliance with NCDPS's Religious Practices Resource Guide and Reference Manual.  I deny that in performing my duties as the Chaplain at Alexander, I violated any rights secured to Plaintiff under the laws of the State of North Carolina or the Constitution and laws of the United States.


**THIS SPACE INTENTIONALLY LEFT BLANK**

**[SIGNATURE ON NEXT PAGE]**

5

This the 25 day of October, 2018.

_Daniel W. Redding_
DANIEL W. REDDING, JR., AFFIANT

Sworn to and subscribed before me this
the 25 day of October , 2018.

_Kathy K. Starnes_
NOTARY PUBLIC

My commission expires: July 8, 2021 .

KATHY K. STARNES
NOTARY
PUBLIC
CALDWELL COUNTY, NC

6



## Offender Information Screen

| Show All | | Hide Side Menu Buttons | Back To Search Screen | Print | Refresh Screen |

**Go to:**

| General |
| Security Alert |
| Address History |
| Alias Names |
| AOC Alerts |
| Appointments |
| Arrest History |
| Certificates |
| CM Assess/Plans |
| Control |
| Custody |
| DCC Case Review |
| Disciplinary |
| DOP Risk Assess |
| Drug Tests |
| Ext. Med. Claims |
| Family History |
| Gain/Loss |
| Incarceration |
| [Inmate Movement] |
| Intake Tasks |
| Investigations |
| Jobs |
| Medical |
| Mental Health |
| Obligations |
| Other IDs |
| Pending Reviews |
| Programs |
| Referrals |
| Relative/Refer. |
| Release Plans |
| ReleaseChecklist |
| Sanctions |
| Scars/Marks |
| Sentences |

**DOC Number:** 0050673  **Status:** ACTIVE INMATE  **DNA Test:** DOJ RECEIVED
**Name:** BROWN, MARSHALL L.  **Birth Date:**
**SID:** NC0163949A  **FBI#:** 979500N9  **SSN:**

**Security Alert**



**Active Inmate Specific Information**  **# Infractions:** 23 (09/08/2010)  **Crime Type:** FELON
**Custody:** CLOSE Nxt Rev: 06/2018  **Cur. Loc:** 4870 - ALEXANDER C.I.  **Bed:** JPODE034
**Convicted:** 11/16/1977  **Admitted:** 11/17/1977  **SPL:** L3
**Sp. Char:** REGULAR  **Control:** REGULAR POPULATION Nxt Rev:
**Projected Release Date:** 11/03/2060  **Case Manager:** KENWORTHY, GARY D
**Activity:** ORDERLIES  **Crime:** MURDER SECOND DEGREE (PRINCIPAL)
**Last Movement:** RECEIVED FROM TABOR CI On: 03/09/2011
**Reason:** REL FROM CONTROL

**SRG:** N
**Victim:** Y  **Detain/PC:** N
**Alerts:** Y  **Escapes:** Y
**Writs:** N  **Warrants:** N
**Conflicts:** N

### Offender's External Movements

| Date | Time | Reporting Location | Movement Type | Origin/Destination | Reason |
|---|---|---|---|---|---|
| 03/09/2011 | 14:07:00 | ALEXANDER C.I. | RECEIVED FROM | TABOR CI | REL FROM CONTROL |
| 03/09/2011 | 03:56:00 | TABOR CI | TRANSFERRED TO | ALEXANDER C.I. | REL FROM CONTROL |
| 10/25/2010 | 11:24:00 | TABOR CI | RECEIVED FROM | PAMLICO CI | DIR'S CLASS. COMM. |
| 10/25/2010 | 07:03:00 | PAMLICO CI | TRANSFERRED TO | TABOR CI | DIR'S CLASS. COMM. |
| 08/31/2006 | 17:21:00 | PAMLICO CI | RECEIVED FROM | NASH CI | DUTY |
| 08/31/2006 | 06:58:00 | NASH CI | TRANSFERRED TO | PAMLICO CI | DUTY |
| 12/20/2005 | 16:10:00 | NASH CI | RECEIVED FROM | CENTRAL PRISON | FACL. CLASS. COMM. |
| 12/20/2005 | 09:10:00 | CENTRAL PRISON | TRANSFERRED TO | NASH CI | FACL. CLASS. COMM. |
| 03/26/2002 | 13:03:00 | CENTRAL PRISON | RETURN FROM COURT/JAIL | IREDELL COUNTY | RETRN W/ADDL FEL TME |
| 03/25/2002 | 05:27:00 | CENTRAL PRISON | OUT TO COURT/JAIL | IREDELL COUNTY | COURT |
| 02/09/2001 | 13:32:00 | CENTRAL PRISON | RETURN FROM COURT/JAIL | IREDELL COUNTY | NO/UNKNOWN ADDL TIME |
| 02/07/2001 | 06:54:00 | CENTRAL PRISON | OUT TO COURT/JAIL | IREDELL COUNTY | COURT |
| 01/13/2000 | 17:02:00 | CENTRAL PRISON | RETURN FROM COURT/JAIL | IREDELL COUNTY | NO/UNKNOWN ADDL TIME |
| 01/10/2000 | 03:57:00 | CENTRAL PRISON | OUT TO COURT/JAIL | IREDELL COUNTY | COURT |
| 10/13/1999 | 16:26:00 | CENTRAL PRISON | RETURN FROM COURT/JAIL | IREDELL COUNTY | NO/UNKNOWN ADDL TIME |
| 10/11/1999 | 05:55:00 | CENTRAL PRISON | OUT TO COURT/JAIL | IREDELL COUNTY | COURT |
| 09/08/1999 | 17:33:00 | CENTRAL PRISON | RETURN FROM COURT/JAIL | IREDELL COUNTY | NO/UNKNOWN ADDL TIME |
| 09/07/1999 | 03:55:00 | CENTRAL PRISON | OUT TO COURT/JAIL | IREDELL COUNTY | COURT |
| 08/25/1999 | 22:19:00 | CENTRAL PRISON | RETURN FROM ESCAPE | WAKE COUNTY | NO/UNKNOWN ADDL TIME |
| 04/12/1996 | 14:04:00 | CHARLOTTE CC | ESCAPED | PRISON MANAGEMENT | ESCAPED FROM NCDOC |
| 02/16/1995 | 01:09:00 | CHARLOTTE CC | RECEIVED FROM | SANFORD CC | OTHER |
| 02/16/1995 | 01:08:00 | SANFORD CC | TRANSFERRED TO | CHARLOTTE CC | OTHER |
| 11/21/1994 | 01:07:00 | SANFORD CC | RECEIVED FROM | CARTERET CC | OTHER |
| 11/21/1994 | 01:06:00 | CARTERET CC | TRANSFERRED TO | SANFORD CC | OTHER |
| 06/09/1994 | 01:05:00 | CARTERET CC | RECEIVED FROM | CHARLOTTE CC | OTHER |
| 06/09/1994 | 01:04:00 | CHARLOTTE CC | TRANSFERRED TO | CARTERET CC | OTHER |
| 11/29/1993 | 01:03:00 | CHARLOTTE CC | RECEIVED FROM | ROWAN CC | OTHER |
| 11/29/1993 | 01:02:00 | ROWAN CC | TRANSFERRED TO | CHARLOTTE CC | OTHER |
| 11/08/1993 | 01:01:00 | ROWAN CC | RECEIVED FROM | CHARLOTTE CC | OTHER |
| 11/08/1993 | 01:00:00 | CHARLOTTE CC | TRANSFERRED TO | ROWAN CC | OTHER |
| 06/15/1993 | 00:59:00 | CHARLOTTE CC | RECEIVED FROM | ROWAN CC | OTHER |
| 06/15/1993 | 00:58:00 | ROWAN CC | TRANSFERRED TO | CHARLOTTE CC | OTHER |
| 06/14/1993 | 00:57:00 | ROWAN CC | RECEIVED FROM | IREDELL CC | OTHER |
| 06/14/1993 | 00:56:00 | IREDELL CC | TRANSFERRED TO | ROWAN CC | OTHER |
| 04/28/1992 | 00:55:00 | IREDELL CC | RECEIVED FROM | SCOTLAND CC | OTHER |
| 04/28/1992 | 00:54:00 | SCOTLAND CC | TRANSFERRED TO | IREDELL CC | OTHER |
| 03/19/1992 | 00:53:00 | SCOTLAND CC | RECEIVED FROM | COLUMBUS CI | OTHER |

Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

**Exhibit A**

Substance Abuse
Test Scores
Transfer History
Violations
Visitation
Work Skills
Show All

| Date | Time | Facility | Action | Location | Type |
|------|------|----------|--------|----------|------|
| 03/19/1992 | 00:52:00 | COLUMBUS CI | TRANSFERRED TO | SCOTLAND CC | OTHER |
| 03/12/1992 | 00:51:00 | COLUMBUS CI | RECEIVED FROM | SCOTLAND CC | OTHER |
| 03/12/1992 | 00:50:00 | SCOTLAND CC | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 07/03/1990 | 00:49:00 | SCOTLAND CC | RECEIVED FROM | COLUMBUS CI | OTHER |
| 07/03/1990 | 00:48:00 | COLUMBUS CI | TRANSFERRED TO | SCOTLAND CC | OTHER |
| 01/26/1989 | 00:47:00 | COLUMBUS CI | RECEIVED FROM | CENTRAL PRISON | OTHER |
| 01/26/1989 | 00:46:00 | CENTRAL PRISON | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 01/10/1989 | 00:45:00 | CENTRAL PRISON | RECEIVED FROM | COLUMBUS CI | OTHER |
| 01/10/1989 | 00:44:00 | COLUMBUS CI | TRANSFERRED TO | CENTRAL PRISON | OTHER |
| 07/19/1988 | 00:43:00 | COLUMBUS CI | RECEIVED FROM | CENTRAL PRISON | OTHER |
| 07/19/1988 | 00:42:00 | CENTRAL PRISON | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 07/14/1988 | 00:41:00 | CENTRAL PRISON | RECEIVED FROM | COLUMBUS CI | OTHER |
| 07/14/1988 | 00:40:00 | COLUMBUS CI | TRANSFERRED TO | CENTRAL PRISON | OTHER |
| 06/30/1988 | 00:39:00 | COLUMBUS CI | RECEIVED FROM | CENTRAL PRISON | OTHER |
| 06/30/1988 | 00:38:00 | CENTRAL PRISON | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 06/23/1988 | 00:37:00 | CENTRAL PRISON | RECEIVED FROM | COLUMBUS CI | OTHER |
| 06/23/1988 | 00:36:00 | COLUMBUS CI | TRANSFERRED TO | CENTRAL PRISON | OTHER |
| 05/10/1988 | 00:35:00 | COLUMBUS CI | RECEIVED FROM | CENTRAL PRISON | OTHER |
| 05/10/1988 | 00:34:00 | CENTRAL PRISON | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 05/05/1988 | 00:33:00 | CENTRAL PRISON | RECEIVED FROM | COLUMBUS CI | OTHER |
| 05/05/1988 | 00:32:00 | COLUMBUS CI | TRANSFERRED TO | CENTRAL PRISON | OTHER |
| 12/22/1987 | 00:31:00 | COLUMBUS CI | RECEIVED FROM | IREDELL CC | OTHER |
| 12/22/1987 | 00:30:00 | IREDELL CC | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 12/15/1987 | 00:29:00 | IREDELL CC | RECEIVED FROM | COLUMBUS CI | OTHER |
| 12/15/1987 | 00:28:00 | COLUMBUS CI | TRANSFERRED TO | IREDELL CC | OTHER |
| 08/27/1987 | 00:27:00 | COLUMBUS CI | RECEIVED FROM | CENTRAL PRISON | OTHER |
| 08/27/1987 | 00:26:00 | CENTRAL PRISON | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 08/20/1987 | 00:25:00 | CENTRAL PRISON | RECEIVED FROM | COLUMBUS CI | OTHER |
| 08/20/1987 | 00:24:00 | COLUMBUS CI | TRANSFERRED TO | CENTRAL PRISON | OTHER |
| 01/20/1987 | 00:23:00 | COLUMBUS CI | RECEIVED FROM | HARNETT CI | OTHER |
| 01/20/1987 | 00:22:00 | HARNETT CI | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 01/15/1987 | 00:21:00 | HARNETT CI | RECEIVED FROM | COLUMBUS CI | OTHER |
| 01/15/1987 | 00:20:00 | COLUMBUS CI | TRANSFERRED TO | HARNETT CI | OTHER |
| 09/23/1986 | 00:19:00 | COLUMBUS CI | RECEIVED FROM | HARNETT CI | OTHER |
| 09/23/1986 | 00:18:00 | HARNETT CI | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 09/18/1986 | 00:17:00 | HARNETT CI | RECEIVED FROM | COLUMBUS CI | OTHER |
| 09/18/1986 | 00:16:00 | COLUMBUS CI | TRANSFERRED TO | HARNETT CI | OTHER |
| 06/03/1986 | 00:15:00 | COLUMBUS CI | RECEIVED FROM | CENTRAL PRISON | OTHER |
| 06/03/1986 | 00:14:00 | CENTRAL PRISON | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 05/30/1986 | 00:13:00 | CENTRAL PRISON | RECEIVED FROM | COLUMBUS CI | OTHER |
| 05/30/1986 | 00:12:00 | COLUMBUS CI | TRANSFERRED TO | CENTRAL PRISON | OTHER |
| 12/13/1984 | 00:11:00 | COLUMBUS CI | RECEIVED FROM | ODOM CI | OTHER |
| 12/13/1984 | 00:10:00 | ODOM CI | TRANSFERRED TO | COLUMBUS CI | OTHER |
| 11/30/1983 | 00:09:00 | ODOM CI | RECEIVED FROM | SOUTHERN CI | OTHER |
| 11/30/1983 | 00:08:00 | SOUTHERN CI | TRANSFERRED TO | ODOM CI | OTHER |
| 09/16/1983 | 00:07:00 | SOUTHERN CI | RECEIVED FROM | BLANCH CI | OTHER |
| 09/16/1983 | 00:06:00 | BLANCH CI | TRANSFERRED TO | SOUTHERN CI | OTHER |
| 08/03/1983 | 00:05:00 | BLANCH CI | RECEIVED FROM | ODOM CI | OTHER |
| 08/03/1983 | 00:04:00 | ODOM CI | TRANSFERRED TO | BLANCH CI | OTHER |
| 11/21/1978 | 00:03:00 | ODOM CI | RECEIVED FROM | POLK YI | OTHER |
| 11/21/1978 | 00:02:00 | POLK YI | TRANSFERRED TO | ODOM CI | OTHER |
| 11/17/1977 | 00:01:00 | POLK YI | NEW ADMISSION | UNKNOWN | JUDGMT/COMMIT(FELON) |

Back To Search Screen

©2018 North Carolina Department of Public Safety.
All rights reserved.

Revision: 1.38

North Carolina
Department of Correction
Division of Prisons

# RELIGIOUS PRACTICES
## REFERENCE MANUAL



Revised Edition
April 18, 2012

## For Chaplains and Staff Use Only

# CHRISTIAN

## I.    GENERAL

The North Carolina Department of Correction recognizes the Christian faith as an approved religion.

## II.    BASIC BELIEFS

Christianity is made up of many denominations who view the Bible as the divinely inspired word of God and the guide for belief and practice. Christianity can be divided into three major groups: 1) Protestant, 2) Catholic & 3) Eastern Orthodox. Religious concepts and practices within Protestantism vary greatly from denomination to denomination. However, there are a group of beliefs and practices that are common to all Christian denominations: God as revealed in Jesus Christ; the Holy Spirit as the third person of the Holy Trinity; Salvation through Christ. **(See Appendix for other denominations and Sects.)**

The Catholic Church is Christian in belief and practice. The head of the Catholic Church is the Pope, the Bishop of Rome**. (See Appendix for additional information.)**

The Eastern Orthodox Church is Christian in doctrine and practice. The Orthodox Church came about as a result of a split with the Roman Church in 1054. Orthodox churches recognize and honor the Ecumenical Patriarch of Constantinople, but no single Orthodox center has infallible authority. **(See Appendix for additional information.)**

## III.    AUTHORIZED PRACTICES

### A.    Holy Days

**Sunday** is generally observed as the day of worship, study, prayer, and fellowship. **Denominational Services are <u>not offered</u>. (See other Holy days in the Appendix.)**

### B.    Worship

#### 1.    Private

Individual worship involves scripture study, meditation, and prayer.

#### 2.    Corporate (See Appendix for items needed. All corporate items must be stored in the Chapel in a secure locked area.)

**Protestant faith:** Community worship is of the utmost importance. Most

Protestants meet at least once a week, normally Sunday, for a period of group worship that includes hymns, prayers, scripture, and a sermon. Communion and baptismal services may be offered through coordination with the facility chaplain and administrator.

**Catholic faith:** Community worship is of the utmost importance. Most Catholic worship is highly liturgical. There are seven sacraments that are celebrated by Catholics. They are listed in the Appendix to this document.

**Eastern Orthodox faith:** Must be led by an Orthodox priest.

### C.    Diet

No formal diet requirements.

### D.    Education

The Facility Heads may provide education through on-site lectures, seminars, hand-outs, books, videos, etc. The availability of community volunteers may determine the frequency of these events.

### E.    Work Assignments

No Restrictions.

## IV.    APPROVED RELIGIOUS PROPERTY

**Chaplains should approve all orders for inmate religious items.**

| Item | Description |
|---|---|
| **PROTESTANT** | |
| **Bible** | Personal Preference |
| **Religious Medallion** | A medallion/cross not to exceed 2¼ inches at the widest/longest point of cross made of solid construction, and of non-precious material. It must be kept in pocket or locker. **(Not to be worn around the neck, See Appendix.)** |
| **Head Covering** | Religious headwear may be considered essential for female members such as Quakers, Mennonites, and the Amish. |
| **Reading Material** | Bible study materials, and devotional material. |

Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

**Exhibit B-004**

## EASTERN ORTHODOX

| | |
|---|---|
| **Bible** | Personal Preference |
| **Religious Medallion** | A medallion/cross not to exceed 2¼ inches at the widest/longest point of cross, made of solid construction, and of non-precious material. It must **be kept in pocket or locker. (Not to be worn around the neck, See Appendix.)** |
| **Reading Material** | Bible study materials, and devotional material. |

## CATHOLIC

| | |
|---|---|
| **Bible** | Personal Preference |
| **Religious Medallion** | A medallion/Crucifix Cross not to exceed 2¼ inches at the widest/longest point of cross, made of solid construction, and of non-precious material. It must **be kept in pocket or locker. (Not to be worn around the neck, See Appendix.)** |
| **Rosary** | Plastic Rosary is to be kept in one's pocket or locker and used during private time. It is not to exceed 38" inches open end to end. **(Not to be worn around one's neck.)** |
| **Scapular** | A religious artifact consisting of one or two small squares of cloth connected by a string. The scapula string should be cut and the scapula kept in pocket or in locker. |
| **Religious Calendar** | |
| **Reading Material** | Bible study materials, and devotional material. |

# APPENDIX

## CHRISTIAN

### PROTESTANT

Authentic Christian faith includes every realm of a person's life and is the foundation of all of life. Authentic faith includes three elements: 1) believing that God is; 2) a trusting in God; and 3) obedience to God. God has disclosed himself in the Bible and in history and truth, sufficient for salvation, is within one's understanding. Faith includes action and loyalty. One seeks to make his/her lifestyle consistent with God's will. Most profoundly, Christian faith finds the focus of its truth, the object of its trust, and the model for its living in Jesus Christ, who it declares as the Truth, the Way, and the Life.

### CATHOLIC

Believers have been incorporated into Christ through Baptism. The power of this faith centers on the belief that Jesus Christ was sent by God to be our Redeemer. As such He is the head and founder of the Church. As an organized and visible society, this people of God share the same faith and are governed by the successors of Peter (the Popes), and the Bishops in communion with the Pope. The doctrine and practices of the Church significantly affect the religious life of its people, none more significantly than the seven sacraments. A sacrament is believed to be an encounter with the person of Christ in one of seven special rites of the Church. Sacraments celebrate a faith-reality already happening in a person's life, and make Christ present by symbolic action.

### EASTERN ORTHODOX

Tradition is conveyed through: the Bible, the Creed, doctrinal and canonical decisions and formulations of the Ecumenical Councils, liturgies and hymns, the writing of the fathers and icons. For the Orthodox, the scripture is not self-interpreting; it is organically linked to the church and its tradition. The scriptures are seen to contain both the human and the divine.

The Orthodox sees the acquisition of the Holy Spirit as the aim of a Christian life. The union between mankind and the Divine is made possible because of God's uncreated and eternal energies (glory, light, grace, and love) that permeate the universe.

Orthodox display icons on their church walls and on icon screens. These icons are representative of holy men and women who have glorified God and now lead others to have a relationship with him. These icons are venerated rather than worshiped, just as the Orthodox venerates the book of Gospels, which is seen to be a verbal icon of Christ and has its place on the altar.

# SACRAMENTS OR ORDINANCES

1. *PROTESTANT/ EASTERN ORTHODOX*

   ➤ **Baptism:** Immersion, Sprinkling, or Pouring, depending on denomination.

   ➤ **Holy Communion:** The Lord's Supper

2. *CATHOLIC*

   ➤ **Baptism -**      It is the cleansing by water of all sins, which incorporates the person into the Church and one of the sacraments of initiation.

   ➤ **Confirmation -** The affirmation/sealing of one's baptism through the gift of the Holy Spirit and a sacrament of initiation.

   ➤ **Eucharist –** A celebration consisting of the liturgy of the Word and the liturgy of the Eucharist (the gifts of bread and wine are believed to be changed into the Body and Blood of Christ). This is the third sacrament of initiation, and is also known as Mass. Valid performance of the Eucharistic ritual requires the use of 3 oz of wine. It need only be **consumed by the priest**, and, hence, only a small amount is used. Although the practice of receiving communion under both species is common in the community, Catholic Church law does not require those receiving communion to receive the consecrated wine. It is sufficient to receive the communion host, for Christ is believed to be totally present in the consecrated host. Consecrated wine is never reserved.

   ➤ **Penance -** Confession and true repentance of the sinner to an ordained priest to pronounce forgiveness/pardon.

   ➤ **Anointing the Sick -** Done with holy oils to strengthen the spiritual and physical health of the sick. Serious illness or old age is sufficient reason to receive this sacrament.

   ➤ **Matrimony -** A marriage which cannot be dissolved. Latin rite Catholics are required to be married before an official Church witness, normally a priest or deacon. (An official representative must be consulted well in advance of any planned marriage date to comply with several additional marriage preparation requirements of the Church.)

   ➤ **Holy Orders –** The sacrament by which men are ordained by a Bishop for special ministry in the church as Deacons, Priests or Bishops. **Inmates cannot be ordained.**

Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

**Exhibit B-007**

## HOLY DAYS

1. **Lent Season:**

   **Ash Wednesday:** (Ashes and palms for seasonal observances)

   **Holy Week:** The last week in Lent, immediately before Easter, commemorating The Passion and Resurrection of Christ in a special way. Holy Thursday commemorates the anniversary of the Last Supper; Good Friday the Passion and Death of Our Lord

   **Easter:** The yearly celebration of the Resurrection of Christ - the oldest and most solemn Christian feast, and considered the center of the Liturgical Year.

Note **Lent:** During Fridays of Lent Christians may abstain from meat. On Ash Wednesday and Good Friday Christians may abstain from meat and also fast. Minimum fasting is to eat no more than one full meal on a fast day. Two smaller meatless meals, amounting to less than a full meal, are permitted to sustain physical strength.

   *Inmates are able to meet the dietary needs through self-selection. No other arrangements need to be made. There is no requirement in the Christian religion for a special religious diet. They may participate in the self-serve religious diet for personal religious reasons if they so desire.*

2. **Advent Season:**

   **Christmas:** December 25, the celebration of the birth of Christ.

   **Epiphany:** January 6; celebration of the arrival of the Magi following the birth of Christ; the day of gift giving.

Note: **Eastern Orthodox Seasonal Holy Days** - vary from other Christian Traditions (see Interfaith Calendar). All services must be lead by an Orthodox Priest.

## DENOMINATIONS & SECTS

Baptist, Methodist, Pentecostal, Charismatic, United Church of Christ, Interdenominational, Assemblies of God, Episcopal, Lutheran, Quakers, Mennonites, and the Amish. Church of Christ, Scientist, Latter Day Saints (Mormons), Jehovah's Witness, Unitarian Universalist, and Seventh Day Adventists, etc. Inmates within these groups are encouraged to attend Christian Worship.

## B. CORPORATE WORSHIP ITEMS

1. Altar table and cloth
2. Pulpit
3. Bibles/prayer books
4. Hymnal/song books
5. Candles and candle holders
6. Communion ware and Chalice
7. Font/baptistery

8. Musical instruments
9. Vestments
10. Liturgical banners
11. Wine and/or grape juice
12. Altar bread, crackers or host
13. Altar Cross and Crucifix

| These items should be stored in the Chapel in a locked secure area when not in use. |
| --- |





**State of North Carolina**
**Department of Public Safety**
**Prisons**

Chapter:        H
Section:        .0100
Title:          **Religious Services**
Issue Date:     02/01/18
Supersedes:     09/01/16

## *POLICY & PROCEDURES*

**.0101  SCOPE**

(a)     Prisons employ a Director of Chaplaincy Services to formulate and provide professional supervision of chaplaincy services. The Director of Chaplaincy Services provides guidance and assistance for the religious services and programs to all the facilities within Prisons. The Chaplaincy Services Director is familiar with multiple religions, and coordinates those practices within Prisons Policy and Procedures. The Chaplaincy Services Director communicates with religious judicatory leaders, clinical pastoral care supervisors, theological educators, medical, attorneys, prison administrators, legislators, volunteers, offenders and their families. The Chaplaincy Services Director and staff are responsible for coordinating recruitment, screening as the Subject Matter Expert and selection of State-funded, Temporary, Community-Funded and Volunteer Chaplains. The Chaplaincy Services Central office staff provides technical support for the facilities' Clinical Chaplains or other designated staff.

(b)     Prisons employ Clinical Chaplains or other designated staff to provide moral, spiritual and pastoral care, and ministerial services to offenders in the custody of the Prisons. Each chaplain is required to maintain the endorsement of his/or her religious body and remain in good standing according to its requirements. A chaplain shall not be required to personally conduct religious services which violate his/her religious body's doctrine or teachings. However, all chaplains or other designated staff will be required to coordinate/or supervise services. All chaplains or other designated staff shall maintain confidentiality i.e. clergy privileged communication, except in cases when there is a threat to safety, security and health of staff, offenders and the general public.

(c)     Prisons shall provide access for approved religious services or practices and pastoral care in all prison facilities. Offender participation shall be voluntary. No offender shall be subjected to coercion, harassment, or ridicule due to religious affiliation. In the event an offender reports that he/or she has been subjected to coercion, harassment, or ridicule due to religious affiliation he/or she should report to facility staff.

(d)     The Chaplaincy Services Director is responsible for maintaining the Prisons Religious Policy Manual. The manual accommodates the official religions, practices, and authorized religious items for the offender population. The manual also includes a list of authorized religious items for offenders in restrictive housing (SAFEKEEPERS, RHAP, RHDP, HCON and RHCP).

*Page 1 of 7*

## .0102  COMMUNITY-FUNDED AND VOLUNTEER CHAPLAINS

(a)   Community-funded chaplains are chaplains funded by community churches or other religious organizations. These chaplains must have the proper credentials and have a signed covenant on file at Chaplaincy Services Central office. These chaplains will be appointed by the Chaplaincy Services Director, subject to the approval of the Director of Prisons. The Director of Prisons may, at will, remove any community-funded chaplain.

(b)   Volunteer chaplains must have the proper credentials and have a signed covenant on file at the Chaplaincy Services Central office. These chaplains will be appointed by the Chaplaincy Services Director, subject to the approval of the Director of Prisons. The Director of Prisons may, at will, remove any volunteer chaplain.

(c)   All Chaplains (State-funded, Temporary, Community Funded and Volunteers) are required to participate in New Chaplains Orientation and Training. A DVD recording of all recognized faiths and their sacred items are made available for the training of all staff that has direct contact with offenders. Additionally, all Chaplaincy staff and volunteers are required to participate in annual training as outlined by Prisons policy.

(d)   All North Carolina Prisons' Covenanted Volunteer and Community-Funded Chaplains will be required to have a picture identification card. The representative's photographs and identification card will be captured through the automated Digital Photo System and/ or Auxiliary Photo Capture Stations.

(e)   At the discretion of the Facility Head, the chaplain or other designated staff will have access to all areas of the facility to minster to all offenders.

(f)   At the discretion of the Facility Head, relevant contents of prison records may be communicated to a community-funded chaplain by an appropriate staff member when such information is considered essential to the fulfillment of the chaplain's duties. Confidentiality shall be maintained by the chaplain.

## .0103  PROCEDURES

(a)   Religious practices for offenders other than those in the regular population will be reviewed and approved by the facility head in consultation with the chaplain and Chaplaincy Services Central Office consistent with this policy. Requests for practices exceeding those authorized in H .0106 should be referred to the Religious Practices Committee for final determination.

(b)   Offenders who wish to have incorporated a religious faith that is not recognized by Prisons must submit a DC-572 Request for Religious Assistance form to the facility chaplain or other designated staff, who will then consult with the Chaplaincy Services Director regarding the availability of temporary accommodations in conjunction with the facility head or designee.  Determinations regarding temporary accommodations are

made on a case-by-case basis and are subject to the operational requirements of each facility.

(c)     Specific religious practices policies and procedures are detailed in the Prisons' Religious Practices Reference Manual. This manual includes a list of the current faith practices that are now officially recognized by Prisons. It also includes a brief description of the basic beliefs, authorized practices, worship procedures and authorized religious items associated with each faith. A copy of this manual may be found in the office of the Chaplain or other designated staff

(d)     Inmate End of Life Care Protocol

The purpose of this section is to ensure that Prisons staff understand and be consistent in applying the End of Life Protocol procedures. In the last phase of life, people seek peace and dignity. To help realize this, every offender should be able to fairly expect elements of care from physicians, health care institutions, and the Prisons. The nature of dying and death has changed, it is occurring more frequently as a result of chronic illness. The following procedures will be followed for providing End of Life Care:

(1)     The Facility

(A)     Offender patient is admitted to an outside facility.

(B)     Outside hospital physician/staff will contact the prison facility (medical, facility head, or officer-in-charge) concerning seriously ill designation, or

(C)     The Prisons custody staff assigned to the offender's room will communicate with the OIC that the offender's condition has downgraded to seriously ill.

(D)     The OIC will notify the facility head and the facility chaplain. If the facility chaplain is not available the facility head will instruct the OIC to activate the End of Life Protocol (EOLP) and notify the officer in the offender's room.

(E)     The Prisons custody staff assigned to the offender's room will request that the hospital nurse contact the hospital chaplain.

(F)     The officer assigned to the offender's room will note the hospital chaplain's name and visit in the activity log.

(G)     During regular work hours, the Facility Head shall contact the offender's next of kin or immediate family or if the Facility Head is not available, the chain of command process is to be used.

(H)     All persons granted a visit with the offender must be cleared through the

facility's OIC.

(2)    The Community Hospital Chaplain

Pastoral Caregivers provides spiritual support and guidance to ill and dying patients, their families and our staff. Pastoral Caregivers, work closely with physicians, nurses, and North Carolina Prisons. Most hospitals have resources available 24- hours a day, seven days a week to listen, offer prayer, ease stress, and help the offender and family deal with end-of-life issues. Pastoral Care providers work with patients of all denominations.

(3)    The Hospital Chaplain

(A)    Will not make any phone calls to an offender's  family members

(B)    Will ensure that the offender's faith and practice are observed.

(C)    May provide pastoral care with offender's family if requested.

(D)    No hospital clergy will be allowed to accompany the family members in the offender's room unless it is approved by the facility head or officer-in-charge.

(e)    Inmate Transportation and Religious Items

When being transported by Prisons vehicle, offenders must pack all their personal religious property in their property bag.

## .0104   INMATE RELIGIOUS AFFILIATIONS

(a)    Offenders shall have the freedom to make a religious commitment, change a religious commitment, or reject religion altogether.

(b)    Offenders may request a Declaration of Faith form to register a change in religious affiliation. All requests to change religious affiliation will be reviewed separately. Once a religious affiliation is declared, a request for change will not be considered until 12 months from the previous Declaration of Faith date. All requests must be completed by the offender and submitted to the facility chaplain or other designated staff. Any change shall be documented on the offender's religious preference information in OPUS. The offender's religious property specific to her/his former religious preference must be sent outside the facility or destroyed according to the offender preference and facility policy.

## .0105   OFFENDER REQUEST FOR RELIGIOUS ASSISTANCE

(a)    An offender whose religion is not currently recognized by Prisons or whose religious request cannot be met within the framework of existing approved religious services  must

submit a written request for assistance using the designated DC-572 Request for Religious Assistance: Fact Sheet form.

(b)     The form shall be made available to any <mark>offender</mark>, upon request, regardless of custody status. The form must be submitted to the facility chaplain or other designated staff by the <mark>offender</mark>. Upon receipt of the completed form, the facility chaplain or other designated staff shall process the <mark>offender's</mark> request for religious assistance.

(c)     The <mark>offender</mark> must provide an authoritative source of information for the requested religion or faith practice to the facility chaplain or designated staff in order to verify the existence of the religion.

(d)     The facility chaplain or designee will have 30 days to assist the <mark>offender</mark> with the request. Upon completion of the DC-572, the facility chaplain or other designated staff will create a memorandum detailing the steps taken to provide assistance and shall forward the DC-572, memo, and other pertinent information to the Chaplaincy Services Director. If this step has not been complete within 30 days, the chaplain will send a letter to the <mark>offender,</mark> facility head, and the Chaplaincy Services Director advising of the status of the <mark>offender's</mark> request.

(e)     An <mark>offender's</mark> request for religious accommodation shall be evaluated by the Religious Practices Committee within <mark>120</mark> days and the <mark>offender</mark> will be notified of the committee's recommendation. The Religious Practice committee will conduct a subject matter review and research the information provided. The committee's recommendation and the DC-572 shall be maintained by the Chaplaincy Services Director. If the Religious Practices Committee recommends the establishment of policy for a new religious or faith practice, the draft policy will be sent through the normal chain of command for review. Any legal review will be documented and forwarded back to the Prisons for disposition. If this step is not completed within <mark>120</mark> days, the Chaplaincy Services Director will send a letter to the <mark>offender</mark>, facility head, the facility chaplain or other designated staff advising them of the status of the <mark>offender's</mark> request.

## .0106    AUTHORIZED RELIGIOUS PRACTICES

(a)     Race, color, creed or national origin shall not be a basis for excluding an <mark>offender</mark> from attending any religious service.

(b)     Regular population <mark>offenders</mark> are allowed to attend any corporate worship service held at the facility.

(c)     Due to safety and security concerns, SAFEKEEPERS, <mark>offenders</mark> in Restrictive Housing (RHAP, RHDP, HCON and RHCP) will not be allowed to attend corporate worship services with the general population as outlined in the North Carolina Prisons, Conditions of Confinement policy C.1219 (d).

(d)     <mark>Rehabilitative Diversion Unit (RDU) and Therapeutic Diversion Unit offenders will have</mark>

access to Chaplaincy Services. Access to Religious Services will be provided in Phase 3.

(e)    Any offender may privately pray, meditate, and study scriptures or religious literature in his or her cell, so long as the offender does not interfere with other offender(s), the offender's assigned program or work assignments, security or operational management.

(f)    Upon request, an offender may be considered for enrollment in religious correspondence courses. An offender's request to use a foreign language for religious study shall be reviewed on a case-by-case basis.

(g)    Clergy and other spiritual advisors may be admitted to visit an offender at the offender's request, subject to Prisons policies regarding visitation and coordination of the facility chaplain or other designated staff and approval of the facility head. The Community religious official must have received their credentials from a residential accredited school or an endorsing faith group body.

(h)    The facility Chaplain or designated staff may request assistance from a community religious official to perform a wedding, baptism, or other religious rites/rituals subject to Prisons policies regarding visitation policy. The approval will follow the chain of command through the facility head.

(i)    The Chaplaincy Services Director shall maintain a list of faith groups approved for the use of sacramental wine. Sacramental wine may be approved for religious services. Requests must be made to the facility chaplain or other designated staff and will be reviewed on a case-by-case basis. Only the religious official leading the rite  may consume alcohol. Offenders are not allowed to consume ANY alcoholic beverages while in the custody of the Department of Public Safety.

(j)    The policies and procedures detailed in the North Carolina Prisons' Religious Practices Reference Manual, and any others authorized by the Religious Practices Committee and the Director of Prisons or designee shall be used to administer all religious practices.

## .0107   RELIGIOUS CORPORATE SERVICES

(a)    To protect the integrity and authenticity of the beliefs and practices of religious services and programs, a Facility Chaplain or designated staff shall be responsible for the coordination, facilitation, and supervision of offender religious services and programs.

(b)    If a facility chaplain or community volunteer is not available for a specific minority faith group and at least six (6) offenders regularly attend services then an offender faith helper may be considered to assist with facilitation of a religious service or program. The faith group must be listed in the Religious Practices Manual.

(1)     Offender Faith Helper is defined as an offender who:

    (A)     Acts as a facilitator for services of a specific faith group, according to the tenants and authorized practices of the specific faith group as accommodated in the religious practices manual.

    (B)     Has been designated as such by successfully completing the "offender faith helper" application process.

    (C)     As appropriate, serves as the liaison between the offender practitioners of the specific faith group and facility chaplains or designated staff.

(2)     The procedures for Offender Faith Helpers are detailed in the Prisons' Religious Policy.

## .0108   COMMITTEES

(a)     ADVISORY COMMITTEE ON RELIGIOUS MINISTRY IN PRISONS
The Secretary of NC Public Safety hereby establishes the Advisory Committee on Religious Ministry in Prisons for the purpose of serving as a resource for the expansion and strengthening of chaplaincy services and religious activities within Prisons. Committee activities shall be governed by the rules and regulations promulgated by the NC Department of Public Safety. The Committee shall report to the Director of Prisons.

(b)     THE RELIGIOUS PRACTICES COMMITTEE
The Director of Prisons or designee shall appoint and may remove at will members of the Religious Practices Committee. Offender requests for religious practices not officially accommodated will be researched by the Religious Practices Committee.

(c)     THE CHAPLAINS STEERING COMMITTEE
The Steering Committee is authorized to assist the North Carolina Department of Public Safety with improving chaplaincy services and religious services and programs within Prisons. The committee shall be called the "Chaplains Steering Committee" and shall function through the Chaplaincy Services Director.

_____          February 1, 2018_____

Director of Prisons                                      Date

H.0100_02_01_18.doc

## CHRISTIAN WORSHIP SCHEDULE
### July 2018 to June 2019

1
July 1, 2018  Community Christian will take
Nov. 4, 2018          **Fellowship Advent Chr. Ch. Rev. Ross 495-8086**
March 3, 2019_____

2
July 8, 2018
Nov. 11, 2018          **Favor Center Church  jggrillo@gmail.com**
March 10, 2019_____  _____

3
July 15, 2018
Nov.18, 2018          **Rocky Face Baptist Church  j.ryan.hodges@gmail.com**
March 17, 2019   _____

4
July 22, 2018
Nov. 25, 2018    **Cornerstone Missionary Baptist**  Jim Watson 828-964-3014
March 24, 2019_____

5
August 5, 2018  Fellowship Advent Christian will take
Dec. 2, 2018  1st Sunday of Advent **Community Christian Fellowship**  Andrew Lackey
April 7, 2019_____

6
August 12, 2018
Dec. 9, 2018  2nd Advent   **FBC Lenoir  Dr. Thomas Hinton**
April 14, 2019__ _____

7
August 19, 2018
Dec. 16, 2018  Third Advent **FUM Church Taylorsville  Rev. Joel Simpson**
April 21, 2019    **EASTER** _____jsimpson@wnccumc.net_____

8
Aug. 26, 2018
Dec. 23, 2018  4th Advent   **FBC Taylorsville  Karen Fox  Rev. Redding**
April 28, 2019          _____

9
Sept. 2, 2018  (LABOR DAY WEEKEND)
Jan. 6, 2019          **Jamie Torres**  912-294-4187
May 5, 2019___ _____

10
Sept. 9, 2018
Jan.13, 2019
May 12, 2019  **MOTHER'S DAY**

11
Sept. 16, 2018
Jan. 20, 2019        **Mt. Carmel Baptist Church  Rev. Ussery  Christina Martin**
May 19, 2019

12
Sept. 23, 2018
Jan. 27, 2019        **Pastor Cordova  704-775-4408**
May 26, 2019

13
October 7, 2018
Feb. 3, 2019  (SUPER BOWL)   **Amish Community Church  Owen Yoder**
June 2, 2019                                        336-468-2530

14
Oct. 14, 2018
Feb. 10, 2019        **Greater Shekiniah Glory   Rev. Kathy Johnson**
June 9, 2019

15
Oct. 21, 2018
Feb. 17, 2019        **Mt. Herman Baptist  Rev. Schronce  308-4933**
June 16, 2019 (FATHER'S DAY)

16
Oct. 28, 2018
Feb. 24, 2019        **Gospel Friends  Carl Bunton  312-4074**
June 23, 2019

**5th SUNDAYS**
July 29, 2018
September 30, 2018        **Friendship Lutheran every 5th Sunday**  632-4482
December 30, 2018
March 31, 2019        Greg and Carol Yeager  chaplaincarol@gmail.com
June 30, 2019

**Exhibit D**

# AXCI Religious Service Schedule

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| American Indian Personal Prayer on Blue Courtyard | 1:30-2:30 pm American Indian Prayer Circle | | 8:30-9:45 am American Indian Prayer Circle | | 8:30-9:45 am American Indian PrayerCircle | American Indian Personal Prayer on Blue Courtyard |
| | 2nd Monday 8:30-10:00 am Fantastic Fathers | 1:00-2:00 pm Moorish Science Temple SS | 12:15 - 1:15 Wicca Study | 12:15-1:30 pm Christian Bible Study | 12:15-1:30 pm Moorish Science Holy Day Service | |
| 6:30-7:30 pm Christian Worship Service | 4th Monday 8:00 - 1:00 Buddhist | 2:15-3:15 pm Christian Choir Practice | 1:30-2:30 pm Rastafarian Study Group | 1:45-3:00 pm Islamic Ta'alim | 2:00-3:00 pm Islamic Jumah | |
| | 4th Monday 8:30 AM Catholic Mass | 1st Tuesday 1:30 AM Orthodox Christian Study | | 2nd Thursday 6:30-8:15 pm Kairos Reunion | | |
| | 1st & 3rd Monday 6:30-8:00 pm Catholic Studies | | | | | |

Rev. 7-16-18

**Chaplain or staff submitting: Daniel Redding / John Dollar**
**Facility Name & Facility #:    Alexander CI 4870**
**Date (Month & Year): 6/14**

| Religious Groups | # Participating | # Volunteers |
|---|---|---|
| American Indian | 238 | 0 |
| Asatru | 6 | 0 |
| Assemblies Of Yahweh | 0 | 0 |
| Buddhism | 23 | 4 |
| Christian | 959 | 108 |
| Hindu | 0 | 0 |
| House Of Yahweh | 0 | 0 |
| Islam | 342 | 3 |
| Judaism | 0 | 0 |
| Messianic Judaism | 6 | 0 |
| Moorish Science Temple | 370 | 0 |
| Rastafarian | 137 | 0 |
| Wicca | 19 | 0 |
| Other approved religions | | |

| Religious Related Volunteers | |
|---|---|
| # Volunteered this Month | 141 |
| # Hrs. Donated | 370 |

| Pastoral Care | |
|---|---|
| Inmates Seen | 18 |
| Pastoral Care Time | 20 |

| Facilitation of Faith Groups by Facility Chaplain | |
|---|---|
| # of Participants | 2100 |
| Time Spent Facilitating | 95 |

| Religious Services | | | |
|---|---|---|---|
| # of Religious Services | 66 | # Participating | 1600 |
| # of Religious Education | 15 | # Participating | 500 |
| # of Special Activities | 0 | # Participating | 0 |

# Chaplaincy Services
## Alexander Correctional Institution
## #4870

### MONTHLY REPORT
### JANUARY 2014

TO:  Douglas Walker, Assistant Superintendent for Programs/Treatment Alexander Correctional Institution

FROM: Chaplain Dan Redding, Jr.  Clinical Chaplain II

DATE:  JANUARY, 31, 2014

RE:  Religious Activities Report for January 2014

 FACILITATING STUDIES, ACTIVITIES AND SERVICES IN JANUARY 2014

Chaplain Redding   120 hours supervising services

PASTORAL CARE/COUNSELING IN JANUARY 2014

Chaplain Redding   33 pastoral care encounters  29 hours

MONTHLY STATISTICAL REPORT FOR JANUARY 2014

Christian Worship Service: 4 services 407 inmates 28 volunteers
MCU Christian Worship: 4 services 75 inmates 23 volunteers
Christian Bible Study (Brockwell): 4 meetings 100 inmates 2 volunteers
Christian Choir Practice:  3 meetings 52 inmates
Catholic Mass: 1 meeting 4 inmates 1volunteer
MCU Sunday school: 4 meetings 15 inmates 1 volunteer
Eagles Fellowship at MCU: 5 meetings 20 inmates 4 volunteers
Disciple Bible Study: 5 meetings 243 inmates 9 volunteers
Save Our Kids Outreach program: 1 meeting 175 inmates 11 volunteers
Kairos Reunion: 1 meeting 53 inmates 10 volunteers
Fantastic Fathers Bible study: 1 meeting 14 inmates 3 volunteers
Fantastic Fathers: 1 meeting 11 inmates 3 volunteers
TOTAL CHRISTIAN: 34 meetings 1169 inmates 95 volunteers

Moorish Science Temple Sunday School: 4 meetings 141 inmates
Moorish Science Temple Holy Day Service:  5 meetings 208 inmates
Birthday Noble Drew Ali: 1 meeting 32 inmates
Moorish American New Year: 1 meeting 42 inmates
TOTAL MST OF A:  11 meetings 423 inmates

Islamic Ta'alim:  5 meetings 112 inmates
Islamic Jumah:   5 meetings 209  inmates
MCU Ta'alim: 5 meetings 15 inmates
MCU Jumah: 4 meetings 10 inmates
TOTAL ISLAMIC: 19 meetings 346 inmates

American Indian Prayer Circle and study:  7 meetings 98 inmates

Asatru: 2 meeting 24 inmates

Rastafarian Study:  5 meetings 50 inmates

Wicca study: 5 meetings 57 inmates

Messianic Jews: 1 meeting 4 inmates

BUDDHIST MEDITATION 1 meeting 17 inmates 3 volunteers

TOTALS FOR CHAPEL SERVICES IN JANUARY 2014
85 meetings 2188 inmates 98 volunteers

<u>MAJOR EVENTS FOR JANUARY 2014</u>

Wednesday January 8  MST of A Birthday of Noble Drew Ali Celebration meal.

Monday January 13  Chaplain Redding was assaulted in his office by Carlton Norton

Wednesday January 15  MST of A Celebration of Moorish American New Year

Friday January 24  Save Our Kids Outreach provided a program of puppetry, music and drama for inmate population

Chaplain Haneef continued his outstanding work with our Muslim inmates.

<u>UPCOMING EVENTS FOR FEBRUARY 2014</u>

Tuesday February 4  Russian Orthodox baptism for inmate Walter Harris

Tuesday February 4  My Hope America follow up meeting

Saturday February 8 Chaplain Redding will do Kairos volunteer training

Thursday February 20 – Sunday February 23  Kairos 18

# Chaplaincy Services
## Alexander Correctional Institution
## #4870

### MONTHLY REPORT
### FEBRUARY 2014

TO:  Douglas Walker, Assistant Superintendent for Programs/Treatment Alexander Correctional Institution

FROM: Chaplain Dan Redding, Jr.  Clinical Chaplain II

DATE:  FEBRUARY 28, 2014

RE:  Religious Activities Report for February 2014

 FACILITATING STUDIES, ACTIVITIES AND SERVICES IN FEBRUARY 2014

Chaplain Redding   100 hours supervising services

PASTORAL CARE/COUNSELING IN FEBRUARY 2014

Chaplain Redding   23 pastoral care encounters  20 hours

MONTHLY STATISTICAL REPORT FOR FEBRUARY 2014

Christian Worship Service: 4 services 360 inmates 52 volunteers
MCU Christian Worship: 4 services 100 inmates 35 volunteers
Christian Bible Study (Brockwell): 3 meetings 56 inmates 2 volunteers
Christian Choir Practice:  4 meetings 69 inmates
Catholic Mass: 1 meeting 3 inmates 1volunteer
MCU Sunday school: 4 meetings 15 inmates 1 volunteer
Eagles Fellowship at MCU: 3 meetings 18 inmates 4 volunteers
Disciple Bible Study: 3 meetings 139 inmates 9 volunteers
Kairos Orientation meeting: 1 meeting 50 inmates
Kairos 3 Day retreat: 1 meeting 50 inmates 50 volunteers
Fantastic Fathers Bible study: 1 meeting 9 inmates 3 volunteers
Fantastic Fathers: 1 meeting 14 inmates 3 volunteers
My Hope America Follow up meeting: 1 meeting 7 inmates 1 volunteer
Russian Orthodox: 1 meeting 8 inmates 1 volunteer
TOTAL CHRISTIAN: 32 meetings 1008 inmates 162 volunteers

Moorish Science Temple Sunday School: 4 meetings 134 inmates
Moorish Science Temple Holy Day Service:  4 meetings 151 inmates
TOTAL MST OF A:  8 meetings 285 inmates

Islamic Ta'alim:  3 meetings 71 inmates
Islamic Jumah:   4 meetings 175  inmates
TOTAL ISLAMIC: 7 meetings 246 inmates

American Indian Prayer Circle and study:  6 meetings 97 inmates

Asatru: 4 meeting 43 inmates

Rastafarian Study:  3 meetings 70 inmates

Wicca study: 3 meetings 24 inmates

Messianic Jews: 1 meeting 3 inmates

BUDDHIST MEDITATION 1 meeting 21 inmates 7 volunteers

TOTALS FOR CHAPEL SERVICES IN FEBRUARY 2014
65 meetings 1797 inmates 169 volunteers

MAJOR EVENTS FOR FEBRUARY 2014

Tuesday February 4  Russian Orthodox baptism for inmate Walter Harris

Tuesday February 4  My Hope America follow up meeting

Saturday February 8 Chaplain Redding did Kairos volunteer training for 7 new volunteers

Thursday   February 20 – Sunday February 23  **Kairos 18**

UPCOMING EVENTS FOR MARCH 2014

Tuesday March 11 Kairos Reunion

Monday March 17 Asatru Ostara

Saturday March 22 Chaplain Redding will be a part of an interfaith dialogue at
Ahmadiyya Muslim Community of Greater Charlotte

Wednesday March 26  Wicca Ostara

# Chaplaincy Services
## Alexander Correctional Institution
## #4870

### MONTHLY REPORT
### MARCH 2014

TO:  Douglas Walker, Assistant Superintendent for Programs/Treatment Alexander Correctional Institution

FROM: Chaplain Dan Redding, Jr.  Clinical Chaplain II

DATE:  March 31, 2014

RE:  Religious Activities Report for March 2014

 FACILITATING STUDIES, ACTIVITIES AND SERVICES IN MARCH 2014

Chaplain Redding   105 hours supervising services

PASTORAL CARE/COUNSELING IN MARCH 2014

Chaplain Redding   24 pastoral care encounters 22 hours

MONTHLY STATISTICAL REPORT FOR MARCH 2014

Christian Worship Service: 5 services 392 inmates 43volunteers
MCU Christian Worship: 5 services 130 inmates 42 volunteers
Christian Bible Study (Brockwell): 4 meetings 115 inmates 2 volunteers
Christian Choir Practice:  4 meetings 67 inmates
Catholic Mass: 1 meeting 5 inmates 1volunteer
Catholic Study: 2 meetings 7 inmates 2 volunteers
MCU Sunday school: 5 meetings 20 inmates 1 volunteer
Eagles Fellowship at MCU: 4 meetings 28 inmates 4 volunteers
Disciple Bible Study: 3 meetings 143 inmates 9 volunteers
Kairos Reunion: 1 meeting 61 inmates 19 volunteers
Fantastic Fathers Bible study: 1 meeting 8 inmates 4 volunteers
Russian Orthodox: 1 meeting 4 inmates 1 volunteer
TOTAL CHRISTIAN: 36 meetings 980 inmates 128 volunteers

Moorish Science Temple Sunday school: 4 meetings 119 inmates
Moorish Science Temple Holy Day Service:  4 meetings 176 inmates
TOTAL MST OF A:  8 meetings 295 inmates

Islamic Ta'alim:  4 meetings 111 inmates

Islamic Jumah:   4 meetings 215 inmates
TOTAL ISLAMIC: 8 meetings 326 inmates

American Indian Prayer Circle and study:  9 meetings 155 inmates

Asatru: 5 meeting 60 inmates

Rastafarian Study:  4 meetings 84 inmates

Wicca study: 4 meetings 38 inmates

Messianic Jews: 1 meeting 7 inmates

BUDDHIST MEDITATION 1 meeting 21 inmates 6 volunteers

TOTALS FOR CHAPEL SERVICES IN MARCH 2014
76 meetings 1966 inmates 134 volunteers

<u>MAJOR EVENTS FOR MARCH 2014</u>

Tuesday March 11 Kairos Reunion

Monday March 17 Asatru Ostara

Saturday March 22 Chaplain Redding was part of an interfaith dialogue at  Ahmadiyya
Muslim Community of Greater Charlotte in Charlotte NC

Wednesday March 26  Wicca Ostara

<u>UPCOMING EVENTS FOR APRIL 2014</u>

Tuesday April 1 Wake Forest University Mysticism Class will work with selected
inmates.

Thursday April 10  Volunteer Banquet

Monday April 14-Tuesday April 22 Jewish Passover

Monday – Tuesday April 14-15 Jewish Seder Meal

Monday April 14 Jehovah Witness Lord's Supper

Saturday April 26 WFU class work with inmates.

# Chaplaincy Services
## Alexander Correctional Institution
## #4870

**MONTHLY REPORT**
**APRIL 2014**

TO:  Douglas Walker, Assistant Superintendent for Programs/Treatment Alexander Correctional Institution

FROM: Chaplain Dan Redding, Jr.  Clinical Chaplain II

DATE:  May 1, 2014

RE:  Religious Activities Report for April 2014

 FACILITATING STUDIES, ACTIVITIES AND SERVICES IN APRIL 2014

Chaplain Redding   121 hours supervising services

PASTORAL CARE/COUNSELING IN APRIL 2014

Chaplain Redding   25 pastoral care encounters 29 hours

MONTHLY STATISTICAL REPORT FOR APRIL 2014

Christian Worship Service: 4 services 387 inmates 49volunteers
MCU Christian Worship: 4 services 133 inmates 46 volunteers
Christian Bible Study (Brockwell): 4 meetings 72 inmates 2 volunteers
Christian Choir Practice:  4 meetings 60 inmates
Catholic Mass: 1 meeting 2 inmates 1volunteer
Catholic Study: 2 meetings 7 inmates 2 volunteers
MCU Sunday school: 4 meetings 20 inmates 1 volunteer
Eagles Fellowship at MCU: 3 meetings 21 inmates 4 volunteers
Disciple Bible Study: 4 meetings 154 inmates 9 volunteers
Fantastic Fathers Bible study: 1 meeting 9 inmates 3 volunteers
Fantastic Fathers: 1 meeting 9 inmates 3 volunteers
TOTAL CHRISTIAN: 31 meetings 847 inmates 120 volunteers

Moorish Science Temple Sunday school: 5 meetings 136 inmates
Moorish Science Temple Holy Day Service:  4 meetings 184 inmates
TOTAL MST OF A:  9 meetings 320 inmates

Islamic Ta'alim:  4 meetings 106 inmates
Islamic Jumah:   4 meetings 142 inmates

TOTAL ISLAMIC: 8 meetings 148 inmates

American Indian Prayer Circle and study:  8 meetings 133 inmates

Asatru: 3 meeting 21 inmates

Rastafarian Study:  5 meetings 149 inmates

Wicca study: 5 meetings 48 inmates

Messianic Jews: 3 meeting 38 inmates  (Includes 2 Seder meals)

BUDDHIST MEDITATION 1 meeting 19 inmates 3 volunteers

WAKE FOREST GROUPS  2 meetings 23 inmates 33 volunteers

TOTALS FOR CHAPEL SERVICES IN MARCH 2014
75 meetings 1746 inmates 156 volunteers

MAJOR EVENTS FOR APRIL 2014

Tuesday April 1 Wake Forest University Mysticism Class worked with selected inmates.

Thursday April 10  Volunteer Banquet

Monday April 14-Tuesday April 22 Jewish Passover

Monday – Tuesday April 14-15 Jewish Seder Meals

Monday April 14 Jehovah Witness Lord's Supper

Saturday April 26 WFU Theather class presented "Our Countries Good"  WFU class with interfaith group

MAJOR EVENTS FOR MAY 2014

Tuesday May 13 Kairos Reunion

Thursday May 29  Disciple Bible graduation and celebration

# Chaplaincy Services
## Alexander Correctional Institution
## #4870

### MONTHLY REPORT
### MAY 2014

TO:  John Dollar, Alexander Correctional Institution

FROM: Chaplain Dan Redding, Jr.  Clinical Chaplain II

DATE:  June 2, 2014

RE:  Religious Activities Report for May 2014

 FACILITATING STUDIES, ACTIVITIES AND SERVICES IN MAY 2014

Chaplain Redding   130 hours supervising services

PASTORAL CARE/COUNSELING IN MAY 2014

Chaplain Redding   27 pastoral care encounters 33 hours

MONTHLY STATISTICAL REPORT FOR MAY 2014

Christian Worship Service: 4 services 328 inmates 22 volunteers
MCU Christian Worship: 4 services 129 inmates 50 volunteers
Christian Bible Study (Brockwell): 5 meetings 108 inmates 2 volunteers
Christian Choir Practice:  4 meetings 58 inmates
Catholic Mass: 1 meeting 2 inmates 1volunteer
Catholic Study: 2 meetings 7 inmates 2 volunteers
MCU Sunday school: 4 meetings 18 inmates 1 volunteer
Eagles Fellowship at MCU: 5 meetings 33 inmates 4 volunteers
Disciple Bible Study: 4 meetings 183 inmates 12 volunteers
Fantastic Fathers: 1 meeting 11 inmates 3 volunteers
Kairos Reunion: 1 meeting 60 inmates 14 volunteers
Russian Orthodox: 1 meeting 2 inmates 1 volunteer
TOTAL CHRISTIAN: 35 meetings 939 inmates 111 volunteers

Moorish Science Temple Sunday school: 4 meetings 107 inmates
Moorish Science Temple Holy Day Service:  5 meetings 197 inmates
TOTAL MST OF A:  9 meetings 304 inmates

Islamic Ta'alim:  5 meetings 125 inmates
Islamic Jumah:   5 meetings 177 inmates

TOTAL ISLAMIC: 10 meetings 302 inmates

American Indian Prayer Circle and study:  12 meetings 222 inmates

Asatru: 3 meeting 20 inmates

Rastafarian Study:  4 meetings 104 inmates

Wicca study: 4 meetings 43 inmates

Messianic Jews: 1 meeting 6 inmates

TOTALS FOR CHAPEL SERVICES IN MAY 2014
78 meetings 2000 inmates 111 volunteers

<u>MAJOR EVENTS FOR MAY 2014</u>

Tuesday May 13 Kairos Reunion

Thursday May 29  Disciple Bible graduation and celebration

<u>UPCOMING EVENTS FOR JUNE 2014</u>

Chaplain Redding will finish In service Training

Tuesday June 10 Kairos Reunion

Thursday June 19 Wake Forest University Reading Group

Monday June 29 Ramadan begins

Beginning Monday in June, July and early August; United Methodist Church Taylorsville
Intern Geoffrey Arnold, will teach a Christian Spirituality Class

# Chaplaincy Services
## Alexander Correctional Institution
## #4870

**MONTHLY REPORT**
**JUNE 2014**

TO:  John Dollar, Alexander Correctional Institution

FROM: Chaplain Dan Redding, Jr.  Clinical Chaplain II

DATE:  July 1, 2014

RE:  Religious Activities Report for June 2014

 FACILITATING STUDIES, ACTIVITIES AND SERVICES IN JUNE 2014

Chaplain Redding   121 hours supervising services

PASTORAL CARE/COUNSELING IN JUNE 2014

Chaplain Redding   25 pastoral care encounters 29 hours

MONTHLY STATISTICAL REPORT FOR JUNE 2014

Christian Worship Service: 5 services 389 inmates 8 volunteers
MCU Christian Worship: 5 services 250 inmates 49 volunteers
Christian Bible Study (Brockwell): 4 meetings 91 inmates 2 volunteers
Christian Choir Practice:  4 meetings 60 inmates
Catholic Mass: 1 meeting 2 inmates 1volunteer
Catholic Study: 2 meetings 17 inmates 2 volunteers
MCU Sunday school: 5 meetings 50 inmates 1 volunteer
Eagles Fellowship at MCU: 4 meetings 42 inmates 4 volunteers
Fantastic Fathers: 1 meeting 13 inmates 3 volunteers
Kairos Reunion: 1 meeting 38 inmates 15 volunteers
Russian Orthodox: 1 meeting 2 inmates 1 volunteer
Fractured Life Study: 2 meetings 40 inmates 3 volunteers
Road Signs: 1 meeting 55 inmates 3 volunteers
Wake Forest Reading group: 1 meeting 17 inmates 1 volunteer
TOTAL CHRISTIAN: 36 meetings 1066 inmates 93 volunteers

Moorish Science Temple Sunday school: 4 meetings 102 inmates
Moorish Science Temple Holy Day Service:  4 meetings 158 inmates
TOTAL MST OF A:  8 meetings 260 inmates

Islamic Ta'alim:  4 meetings 86 inmates
Islamic Jumah:   4 meetings 178 inmates
TOTAL ISLAMIC: 8 meetings 264 inmates

American Indian Prayer Circle and study:  12 meetings 242 inmates

Asatru: 1 meeting 3 inmates

Rastafarian Study:  4 meetings 144 inmates

Wicca study: 4 meetings 27 inmates

Messianic Jews: 1 meeting 3 inmates

Buddhist Meditation: 1 meeting 19 inmates 7 volunteers

TOTALS FOR CHAPEL SERVICES IN JUNE 2014
75 meetings 2028 inmates 100 volunteers

 MAJOR EVENTS FOR JUNE 2014

Chaplain Redding completed In Service Training

Tuesday June 10 Kairos Reunion

Thursday June 19 Wake Forest University Reading Group

Thursday June 26  Jonathan Coppedge-Henley, host of Road Signs on 106.9, came to
meet with inmate listeners of his show.

Sunday June 29 Ramadan began with 82 declared participants

On Monday evenings in June, July and early August; United Methodist Church
Taylorsville Intern Geoffrey Arnold, is teaching a class, "Fractured Lives."

UPCOMING EVENTS FOR JULY 2014

Tuesday July 8  Kairos Reunion

Friday July 18  Muslim Night of Power for Ramadan

Saturday July 19  Chaplain Redding will do volunteer training for new Kairos volunteers

Monday July 28  Ramadan ends

Wednesday July 30  Eid al Fitr   "Feast of Fast Breaking" for Muslim inmates

# Chaplaincy Services
## Alexander Correctional Institution
## #4870

### MONTHLY REPORT
### JULY 2014

TO:  John Dollar, Alexander Correctional Institution

FROM: Chaplain Dan Redding, Jr.  Clinical Chaplain II

DATE:  August 1, 2014

RE:  Religious Activities Report for July 2014

 FACILITATING STUDIES, ACTIVITIES AND SERVICES IN JULY 2014

Chaplain Redding   110 hours supervising services

PASTORAL CARE/COUNSELING IN JULY 2014

Chaplain Redding   21 pastoral care encounters 26 hours

MONTHLY STATISTICAL REPORT FOR JULY 2014

Christian Worship Service: 4 services 346 inmates 31 volunteers
MCU Christian Worship: 4 services 160 inmates 51 volunteers
Christian Bible Study (Brockwell): 5 meetings 107 inmates 2 volunteers
Christian Choir Practice:  5 meetings 66 inmates
Catholic Mass: 1 meeting 2 inmates 1volunteer
Catholic Study: 2 meetings 14 inmates 2 volunteers
MCU Sunday school: 4 meetings 39 inmates 1 volunteer
Eagles Fellowship at MCU: 5 meetings 51 inmates 4 volunteers
Fantastic Fathers: 1 meeting 16 inmates 2 volunteers
Kairos Reunion: 1 meeting 47 inmates 9 volunteers
Russian Orthodox: 1 meeting 2 inmates 1 volunteer
Fractured Life Study: 4 meetings 70 inmates 4 volunteers
TOTAL CHRISTIAN: 36 meetings 920 inmates 108 volunteers

Moorish Science Temple Sunday school: 5 meetings 149 inmates
Moorish Science Temple Holy Day Service:  4 meetings 200 inmates
TOTAL MST OF A:  9 meetings 349 inmates

Islamic Ta'alim:  5 meetings 250 inmates
Islamic Jumah:   4 meetings 185 inmates

Eid al Fitr Prayer: 1 meeting 44 inmates
Eid al Fitr Celebration Meal: 1 meeting 52 inmates 3 volunteers
TOTAL ISLAMIC: 11 meetings 531 inmates 3 volunteers

American Indian Prayer Circle and study:  11 meetings 234 inmates

Asatru: 2 meeting 9 inmates

Rastafarian Study:  5 meetings 212 inmates

Wicca study: 5 meetings 45 inmates

Messianic Jews: 1 meeting 7 inmates

Buddhist Meditation: 1 meeting 18 inmates 4 volunteers

TOTALS FOR CHAPEL SERVICES IN JULY 2014
81 meetings 2325 inmates 115 volunteers

<u>MAJOR EVENTS FOR JULY 2014</u>

Tuesday July 8  Kairos Reunion

Friday July 18  Muslim Night of Power for Ramadan

Saturday July 19  Chaplain Redding will did volunteer training for new Kairos volunteers

Monday July 28  Ramadan ends

Monday Jyly 28  Eid al Fitr Prayer

Wednesday July 30  Eid al Fitr   "Feast of Fast Breaking" for Muslim inmates

Fractured Life class with United Methodist Intern Geoffry Arnold continued.

<u>UPCOMING EVENTS FOR AUGUST 2014</u>

Prison Fellowship Christmas Angel Tree Applications will be distributed to inmates.

Kairos 19 Applications will be sent

Tuesday August 12 Kairos Reunion

Thursday August 28  Rev. Hendley of "Road Signs" will be at AXCI

Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F

# CORRECTION ENTERPRISES

"Working Towards a Greener Tomorrow"

## CORRECTION ENTERPRISES -

PRODUCTS AND SERVICES OF CORRECTI
License Tags ■ Linens and Apparel ■ Office a
Print and Quick-Copy Service ■ I
Stainless Steel and R

919.716.3600     800.24

SHOW00

**JANUARY 20**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|--------|--------|---------|-----------|
|        |        |         | **I** |
|        |        | weeks 3555 | New Year's Day |
|        | **6** | **7** | **8** |

UR VENDOR OF CHOICE - STATE TERM CONTRACT 001A

ENTERPRISES: Embroidery Services ■ Janitorial Products ■ Laundry Services
La Furnishings ■ Oils and Lubricants ■ Optical Manufacturing and Sales ■ Paints
il ales ■ Reupholstery ■ Exterior and Office Signage ■ Safety Products
onal Products ■ Braille Transcription ■ Framing and Matting

SALES FAX: 919.716.3975          www.correctionenterprises.com

020 Yonkers Road, Raleigh, NC 27699-4240

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| **2** | **3** | **4** |
| **9** | **10** | **11** |

Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F

FEBRUARY 2014
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

MARCH 2014
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

APRIL 2014
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

MAY 2014
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

JUNE 2014
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

JULY 2014
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

13

20
Martin Luther King, Jr.'s Birthday

27

14

21

28

15

22

29
TRAINING



Exhibit F



# CORRECTION ENTERPRISES

"_ing Towards a Greener Tomorrow"_

919.716.3600     800.241.0124

SHOWROOM:

## CORRECTION ENTERPRISES - YO

PRODUCTS AND SERVICES OF CORRECTION

License Tags ■ Linens and Apparel ■ Office and
Print and Quick-Copy Services ■ Ret
Stainless Steel and Recea

**FEBRUARY 20**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|

JR VENDOR OF CHOICE - STATE TERM CONTRACT 001A

ENTERPRISES: Embroidery Services ■ Janitorial Products ■ Laundry Services
b Furnishings ■ Oils and Lubricants ■ Optical Manufacturing and Sales ■ Paints
Sales ■ Reupholstery ■ Exterior and Office Signage ■ Safety Products
nal Products ■ Braille Transcription ■ Framing and Matting

020 Yonkers Road, Raleigh, NC 27699-4240

SALES FAX: 919-716-3975     www.correctionenterprises.com

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 4 | | |
| | | 1 |
| Delmys C-4 | Caube | of |
| Fit w/ Winnie | 7 | 8 |
| Talm - 24 | Indin - 18 | Day 3 Knos on |
| Bbft - 23 2vol. | W.f - 43 | |
| 0149ft - 18 2 | James - 44 | |
| Below - 11 | | |

Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F



Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F



Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F

**CORRECTION ENTERPRISES**

"Working Towards a Greener Tomorrow"

CORRECTION
PRODUCTS AN
License Tags ■ Lin
Prin ar

| SUNDAY | MONDAY | TUESDAY |
|---|---|---|
| **2** | **3** | **4** |

ENTERPRISES - YOUR VENDOR OF CHOICE - STATE TERM CONTRACT 00...

SERVICES OF CORRECTION ENTERPRISES: Embroidery Services ∎ Janitorial Products ∎ Laundry Services ∎ Apparel ∎ Office and Lab Furnishings ∎ Oils and Lubricants ∎ Optical Manufacturing and Sales ∎ Pain Quick-Copy Services ∎ Retail Sales ∎ Reupholstery ∎ Exterior and Office Signage ∎ Safety Products tainless Steel and Recreational Products ∎ Braille Transcription ∎ Framing and Matting

6.3600          800.241.0124          SALES FAX: 919.716.3975          www.correctionenterprises.com

SHOWROOM: 2020 Yonkers Road, Raleigh, NC 27699-4240

chipdonducijr@

**ARCH 2014**

| WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|
| | | | 1 |
| John Twin | ncdps.gov | | |
| | Nadam Pen a Cash | | |
| | 6 | 7 | 8 |

Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F



Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F



CORRECTION
ENTERPRISES

"rking Towards a Greener Tomorrow"

CORRECTION ENTERPRISES - 1

PRODUCTS AND SERVICES OF CORRECTI(

License Tags ■ Linens and Apparel ■ Office a
Print and Quick-Copy Services ■
Stainless Steel and Recr

919.716.360●     800.241.01

SHOWROO

Chris Dwiwt

**APRIL 201**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| | | 1 | 2 |
| | | | |
| 7 | | 8 | 9 |

Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F

UR VENDOR OF CHOICE - STATE TERM CONTRACT 001A

ENTERPRISES: Embroidery Services ▪ Janitorial Products ▪ Laundry Services
Lab Furnishings ▪ Oils and Lubricants ▪ Optical Manufacturing and Sales ▪ Paints
uil Sales ▪ Reupholstery ▪ Exterior and Office Signage ▪ Safety Products
ional Products ▪ Braille Transcription ▪ Framing and Matting

SALES FAX: 919.716.3975     www.correctionenterprises.com

:020 Yonkers Road, Raleigh, NC 27699-4240

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 3 | 4 | 5 |
| 10 | 11 | 12 |

Marshall L. Brown, Jr. v. George H. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F



Marshall L. Brown, Jr. v. George T. Solomon, et. al.
No. 5:15-CV-0066-FDW

Exhibit F

