UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-66-FDW

| MARSHALL LEE BROWN, JR., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
| GEORGE T. SOLOMON, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This is a civil rights prisoner action that Plaintiff filed *pro se* that passed initial review on several claims regarding the alleged violation of his religious rights. (Doc. No. 7). The Complaint survived summary judgment on claims under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"). (Doc. No. 47). This matter is now ripe for trial.

Attorneys John Michael Durnovich and Andrew Erteschik of the law firm of Poyner Spruill LLP have indicated their willingness to provide *pro bono* representation to Plaintiff in this action. See 28 U.S.C. § 1915(e)(1). If Plaintiff consents to the representation, these attorneys shall enter notices of appearance and will represent Plaintiff on a *pro bono* basis at trial, which will commence on March 4, 2019.

**IT IS HEREBY ORDERED** that John Michael Durnovich and Andrew Erteschik are requested to serve as counsel for Plaintiff and, if Plaintiff consents to the representation, they shall file notices of appearance.

Signed: December 21, 2018

Frank D. Whitney
Chief United States District Judge