# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:15-cv-66-FDW

| | |
|---|---|
| MARSHALL LEE BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER TO PRODUCE** |
| ) | |
| GEORGE T. SOLOMON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

**TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.**

**TO: Warden/Superintendent, Alexander Correctional Institution, Taylorsville, North Carolina.**

**IT IS ORDERED** that the Warden/Superintendent of the Alexander Correctional Institution, have the body of **Marshall Lee Brown, Jr.**, offender number 0050673, now incarcerated at the Alexander Correctional Institution, under safe and secure conduct before the undersigned United States District Judge Frank D. Whitney of the United States District Court in and for the Western District of North Carolina, at the courtroom in the City of Charlotte, North Carolina, **FORTHWITH** (on or before March 4, 2019, at 9:00 AM), to be present for the trial in this matter that is currently scheduled to begin the Court's trial term beginning March 4, 2019. Mr. Brown's trial is scheduled to begin at **9:00 AM on March 4, 2019**, in Courtroom 1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina 28202.

Because Mr. Brown is not in federal custody for these proceedings, the United States

1

Marshals Service shall not be responsible for accompanying Mr. Brown while he is in the courthouse. The Warden/Superintendent shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by, Mr. Brown for the duration of the trial in this matter. **The Warden/Superintendent shall ensure that Mr. Brown is present for each and every day of trial until the trial is completed**.

**IT IS THEREFORE ORDERED** that the Warden/Superintendent at the Alexander Correctional Institution must transport Marshall Lee Brown, Jr., so he is present for trial to begin on Monday March 4, at 9:00 AM, and then return him to the Alexander Correctional Institution at the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the Warden/Superintendent of the Alexander Correctional Institution, 633 Old Landfill Road, Taylorsville, NC 28681, and Classification Coordinator William Huffman, 633 Old Landfill Road, Taylorsville, NC 28681.

**IT IS SO ORDERED.**

Signed: December 21, 2018

Frank D. Whitney
Chief United States District Judge