UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-66-FDW

| MARSHALL LEE BROWN, JR., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| GEORGE T. SOLOMON, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court *sua sponte*.

The Court entered a Case Management Order on December 26, 2018 scheduling the Final Pretrial Conference for February 6, 2019 at 9:00 AM. (Doc. No. 49). Due to an unavoidable conflict, the Final Pretrial Conference is hereby rescheduled for **Tuesday, February 5, 2019 at 11:30 AM**, **Courtroom 1-1, 401 W. Trade St. Charlotte, North Carolina.**

**IT IS SO ORDERED**.

Signed: January 9, 2019

Frank D. Whitney
Chief United States District Judge

1