# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:15-cv-66-GCM

| | |
|---|---|
| MARSHALL LEE BROWN, JR., | ) |
| Plaintiffs, | ) |
| vs. | ) **ORDER** |
| GEORGE T. SOLOMON, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on the case's reassignment from Chief Judge Whitney to the undersigned on January 9, 2019.

On December 26, 2018, Chief Judge Whitney entered a Case Management Order scheduling the Final Pretrial Conference for February 6, 2019 and the jury trial for March 4, 2019. (Doc. No. 49). The Final Pretrial Conference was later rescheduled for February 5, 2019. (Doc. No. 51).

In light of this case's reassignment, the Case Management Order and Order Rescheduling the Final Pretrial Conference will be vacated. The Final Pretrial Conference and Trial will be rescheduled in the future by a separate Order.

**IT IS THEREFORE ORDERED** that the Case Management Order, (Doc. No. 49), and Order Rescheduling the Final Pretrial Conference, (Doc. No. 51), are **VACATED**.

Signed: January 10, 2019

Graham C. Mullen
United States District Judge