# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:15-cv-66-FDW

| | |
|---|---|
| MARSHALL LEE BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER VACATING** |
| ) | **ORDER TO PRODUCE** |
| GEORGE T. SOLOMON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the case's reassignment from Chief Judge Whitney to the undersigned on January 9, 2019.

On December 26, 2019, the Court issued an Order to Produce, (Doc. No. 50), that directed the Warden/Superintendent of Alexander Correctional Institution to transport **Marshall Lee Brown, Jr.**, offender number 0050673, for a trial set to commence on March 4, 2019. That trial date has been cancelled. The Order to Produce Mr. Brown for trial on March 4, 2019 will therefore be vacated.

**IT IS THEREFORE ORDERED** that:

1. The Order to Produce, (Doc. No. 50), is **VACATED.**

2. The Clerk of Court is respectfully directed to send a copy of this Order to all parties, the Warden/Superintendent of the Alexander Correctional Institution, 633 Old Landfill Road, Taylorsville, NC 28681, and Classification Coordinator William Huffman, 633 Old Landfill Road, Taylorsville, NC 28681.

Signed: January 10, 2019

Graham C. Mullen
United States District Judge