# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:15-cv-66-GCM

| | |
|---|---|
| MARSHALL LEE BROWN, JR., | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| GEORGE T. SOLOMON, *et al*, | ) |
| Defendants. | ) |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is set for **Tuesday, May 28, 2019, at 10:00 a.m**. in the Western District of North Carolina, Courtroom 2-2, **Charlotte Courthouse,** 401 W. Trade St., Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: February 26, 2019

Graham C. Mullen
United States District Judge