```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-66-GCM
```

| | |
|---|---|
| MARSHALL LEE BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| GEORGE T. SOLOMON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for a Stay of the Proceedings, (Doc. No. 60).

The *pro se* Complaint passed initial review on Plaintiff's claims that his right to practice his religion was substantially burdened while he was incarcerated at the Alexander Correctional Institution in violation of the First Amendment and the Religious Land Use and Institutionalized Persons Act of 2000. See (Doc. Nos. 1, 7). Defendants' Motion for Summary Judgment was granted in part and denied in part and trial was scheduled for May 28, 2019. See (Doc. Nos. 47, 49, 57-59).

The parties have now requested a stay of these proceedings so that they can explore the possibility of settling the issues to be decided at trial.

It appears that good cause exists for staying these proceedings and that no party will be prejudiced by a stay. In the interests of justice, the Court will grant the parties' joint Motion and stay these proceedings for a period of **60 days**. The parties shall file a Notice no later than 60 days of this Order informing the Court of the status of its efforts to settle this case. The Order setting the jury trial on May 28, 2019, (Doc. No. 57), Order Setting Pretrial Deadlines and

1

Instructions, (Doc. No. 58), and the Writ of Habeas Corpus Ad Testificandum, (Doc. No. 59), will be vacated.

**IT IS THEREFORE ORDERED that:**

(1) The Joint Motion for a Stay of the Proceedings, (Doc. No. 60), is **GRANTED**.

(2) The parties shall file a Notice within **60 days** of this Order informing the Court of the status of its efforts to settle this case.

(3) The Order Setting the Jury Trial, (Doc. No. 57), Order Setting Pretrial Deadlines and Instructions, (Doc. No. 58), and Writ of Habeas Corpus Ad Testificandum, (Doc. No. 59), are **VACATED**.

(4) **IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the U.S. Marshal, and the Warden of the Marion Correctional Institution, 355 Old Glenwood Road, Marion, NC 28752.

Signed: April 16, 2019

Graham C. Mullen
United States District Judge