UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-66-FDW

| | |
|---|---|
| MARSHALL LEE BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GEORGE T. SOLOMON, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Status Report, (Doc. No. 64), in which they ask that this case be continued for another 60 days to allow continued settlement negotiations, which they believe are fruitful. For good cause shown,

**IT IS ORDERED** that the parties' Status Report is construed as a Motion for Continuance which is **GRANTED** until October 14, 2019.

Signed: August 19, 2019

Graham C. Mullen
United States District Judge

1