UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-66-GCM

| MARSHALL LEE BROWN, JR., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
| GEORGE T. SOLOMON, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER** comes before the Court on the parties' Status Report, (Doc. No. 66), in which they request an additional 60 days to allow the parties to continue their settlement negotiations in this matter. For good cause shown,

**IT IS ORDERED** that the parties' Status Report is construed as a Motion for Continuance which is **GRANTED** until **December 13, 2019**.

Signed: October 15, 2019

Graham C. Mullen
United States District Judge

1