**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:15-cv-66-GCM**

| | | |
|---|---|---|
| **MARSHALL LEE BROWN, JR.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **GEORGE T. SOLOMON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

    **THIS MATTER** comes before the Court on the parties' Status Report, (Doc. No. 69), in which they request an additional 60 days to allow the parties to continue their settlement negotiations in this matter. This request for an extension will be granted for good cause shown until February 11, 2020. However, if this matter is not settled by that date, the parties should anticipate a trial in March 2020.

    **IT IS ORDERED** that the parties' Status Report, (Doc. No. 69), is construed as a Motion for Continuance which is **GRANTED** until **February 11, 2020**.

Signed: December 17, 2019

Graham C. Mullen
United States District Judge