IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No.: 5:15-CV-0066-GCM

| | |
|---|---|
| MARSHALL LEE BROWN, JR., | )<br>)|
| Plaintiff, | )<br>) |
| v. | ) **JOINT MOTION FOR ENTRY OF** <br> ) **CONSENT DECREE** |
| GEORGE T. SOLOMON, *et. al.*, | )<br>) |
| Defendants. | ) |

Plaintiff Marshall Lee Brown, Jr. and Defendants George T. Solomon, Betty Brown, Swindell Edwards, Daniel Redding, Susan White and Kenneth Beaver (collectively, the "Parties") hereby provide notice of their settlement of this matter following extensive settlement negotiations. The Parties have prepared a proposed Consent Decree, which is being submitted contemporaneously herewith, that sets forth the terms of the Parties' settlement.

WHEREFORE, the Parties jointly move the Court for entry of their proposed Consent Decree.

Respectfully submitted, this the 2nd day of March, 2020.

| | |
|---|---|
| **POYNER SPRUILL LLP** | **JOSHUA H. STEIN**<br>Attorney General |
| By: /s/ John M. Durnovich<br>Andrew H. Erteschik<br>N.C. State Bar No. 35269<br>John M. Durnovich<br>N.C. State Bar No. 47715<br>Nathaniel C. Zinkow<br>N.C. State Bar No. 53778<br>301 South College Street, Suite 2900<br>Charlotte, NC 28202<br>Telephone: 704.342.5344<br>Facsimile: 704.342.5264<br>aerteschik@poynerspruill.com<br>jdurnovich@poynerspruill.com<br>nzinkow@poynerspruill.com<br><br>*Counsel for Plaintiff Marshall Lee Brown, Jr.* | By: /s/ Norlan Graves<br>Norlan Graves<br>Assistant Attorney General<br>N.C. State Bar No. 39709<br>N.C. Department of Justice<br>Public Safety Section<br>P.O. Box 629<br>Raleigh, NC 27602-0629<br>Tel: 919-716-6535<br>Facsimile: 919-716-6761<br>ngraves@ncdoj.gov<br><br>*Counsel for Defendants Solomon, Brown, Edwards, Redding, White, and Beaver* |

.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, through which a notice of the filing will be sent to:

Norlan Graves
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602-0629
ngraves@ncdoj.gov
*Counsel for Defendants Solomon, Brown, Edwards, Redding, White, and Beaver*

This the 2nd day of March, 2020.

**POYNER SPRUILL LLP**

By: /s/ John M. Durnovich
John M. Durnovich
N.C. State Bar No. 47715
301 South College Street, Suite 2900
Charlotte, NC 28202
Telephone: 704.342.5344
Facsimile: 704.342.5264
jdurnovich@poynerspruill.com
*Counsel for Plaintiff Marshall Lee Brown, Jr.*