UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-66-GCM

| | |
|---|---|
| MARSHALL LEE BROWN, JR., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE T. SOLOMON, et al. <br><br> Defendants. | **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiff Marshall Lee Brown, Jr. moves the Court for an award of $29,577.60 in attorneys' fees and $902.93 in expenses under 42 U.S.C. § 1988.

In support of this motion, Mr. Brown respectfully submits the declarations of John Michael Durnovich (Exhibit 1) and Troy D. Shelton (Exhibit 2).

As detailed in the accompanying Memorandum of Law, Mr. Brown's counsel at Poyner Spruill LLP has committed to apply any fee award in this case to either (a) making a charitable contribution to a non-profit legal service provider, or (b) financing the costs and expenses (non-attorneys' fees) of the firm's future pro bono work. If the Court orders an award, Poyner Spruill will defer to the Court's judgment on which of these options, if either, is most appropriate.

The undersigned has consulted with opposing counsel concerning the relief sought in this motion, but the parties were not able to reach an agreement.

WHEREFORE, Mr. Brown respectfully requests that the Court enter an order awarding him $29,577.60 in attorneys' fees, $902.93 in expenses, and such other and further relief as the Court deems just and appropriate.

Respectfully submitted this the 18th day of March, 2020.

                                              **POYNER SPRUILL LLP**

                              By:    s/ John Michael Durnovich
                                          John Michael ("J.M.") Durnovich
                                          N.C. State Bar No. 47715
                                          Andrew H. Erteschik
                                          N.C. State Bar No. 35269
                                          Nathaniel C. Zinkow
                                          N.C. State Bar No. 53778
                                          301 South College Street, Suite 2900
                                          Charlotte, NC  28202
                                          Telephone: 704.342.5344
                                          Facsimile: 704.342.5264
                                          jdurnovich@poynerspruill.com
                                          aerteschik@poynerspruill.com
                                          nzinkow@poynerspruill.com

                                          ATTORNEYS FOR PLAINTIFF
                                          MARSHALL LEE BROWN, JR.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

>Norlan Graves
>N.C. Department of Justice
>P.O. Box 629
>Raleigh, NC 27602-0629
>ngraves@ncdoj.gov

This the 18th day of March, 2020.

**POYNER SPRUILL LLP**

By: s/ John Michael Durnovich
John Michael ("J.M.") Durnovich
N.C. State Bar No. 47715
301 South College Street, Suite 2900
Charlotte, NC 28202
Telephone: 704.342.5344
Facsimile: 704.342.5264
jdurnovich@poynerspruill.com

ATTORNEYS FOR PLAINTIFF
MARSHALL LEE BROWN, JR.