UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-66-GCM

| | |
|---|---|
| MARSHALL LEE BROWN, JR., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE T. SOLOMON, et al. <br><br> Defendants. | **DECLARATION OF <br> JOHN MICHAEL DURNOVICH** |

I, John Michael Durnovich, declare under penalty of perjury as follows:

1. I have personal knowledge of the matters set forth in this affidavit.

2. I have served as Marshall Lee Brown's lead counsel in this case since January 2019. My colleagues at Poyner Spruill LLP and I accepted this representation pro bono, while reserving in our engagement letter the right to seek an award of statutory attorneys' fees. In keeping with the spirit of this pro bono commitment, and at the Court's discretion, Poyner Spruill intends to apply any fee award in this case to either (a) making a charitable contribution to a non-profit legal service provider, or (b) financing the costs and expenses (non-attorneys' fees) of our firm's future pro bono endeavors.

3. I received my undergraduate degree at the University of Virginia, and law degree at the University of North Carolina. Since graduating from law school, I have practiced litigation with the law firm of Poyner Spruill LLP. My practice is focused on government-related litigation and constitutional challenges. Over my career, I have gained experience litigating complex constitutional cases at all levels, including at the U.S. Supreme Court. I also have experience negotiating settlements in federal litigation against government agencies, and recently served as

lead counsel in reaching a favorable resolution of multi-year litigation against the Internal Revenue Service. I have been recognized as a "Rising Star" by *North Carolina Super Lawyers* magazine in 2019 and 2020. In addition, I have been recognized as a member of the *North Carolina Pro Bono Honor Society* every year since its inception.

4. In my experience, litigating against government agencies presents unique challenges. The North Carolina Department of Justice, which handled the defense of this case, is a well-funded opponent and vigorously pursues its litigation positions. Moreover, litigation against state agencies is typically more time-consuming than other complex civil litigation. That was particularly true in this case, where settlement discussions were routinely delayed pending approval of the appropriate agency officials at the Department of Public Safety.

5. Our client's incarceration also presented its own set of challenges. For example, in June 2019, the Department transferred Mr. Brown—without any notice to his counsel—to another facility roughly three hours away, causing a considerable delay in counsel's communications with Mr. Brown.

6. I have carefully studied the billing records for this matter. The records attached as **Exhibit A** to this affidavit accurately reflect the time that my colleagues and I devoted to this matter. These materials were compiled using contemporaneously-created time records. As Exhibit A demonstrates, this case required significant effort from Poyner Spruill attorneys and staff.

7. Plaintiff is seeking the following hours for each timekeeper:

| | |
|---|---|
| John M. Durnovich | 88.0 |
| N. Cosmo Zinkow | 17.7 |
| Andrew H. Erteschik | 14.2 |
| Nia K. Doaks | 3.4 |
| Kimberly K. Simon | 11.5 |
| Joanna King | 1.3 |
| **TOTAL** | **136.1** |

8. Each of these timekeepers made valuable contributions to Mr. Brown's case.

9. My colleague Andrew H. Erteschik served as co-counsel and provided invaluable strategic advice and guidance to advance Mr. Brown's case. Mr. Erteschik has extensive experience litigating constitutional challenges and serves as the chair of Poyner Spruill's Government & Constitutional Litigation practice group. Among many other accomplishments, Mr. Erteschik has been inducted into the Legal Elite "Hall of Fame" by *Business North Carolina* magazine.

10. My colleague Cosmo Zinkow also served as co-counsel and contributed greatly to preparing Mr. Brown's case for trial and evaluating complex legal issues. Mr. Zinkow practices civil litigation and has experience litigating disputes with government agencies.

11. Nia K. Doaks, Kimberly Simon, and Joanna King also made valuable contributions to Mr. Brown's case. Ms. Doaks was a law clerk, Ms. Simon is an administrative assistant, and Ms. King is a paralegal. The tasks these individuals performed would have been performed by lawyers if not by law clerks and support staff, and their fees would ordinarily be charged to clients of the firm.

12. The hours worked on this case can be divided into two main phases: trial preparation and settlement efforts.

13. The first 80.5 hours of work—the majority of our time—were predominately related to trial preparation. My colleagues and I entered appearances in this litigation on January 10, 2019, at which point the case was set for trial beginning March 4, 2019.[1] Consequently, we were forced to work intensively to get up to speed on the complex legal, religious, and factual

---

[1] This case was reassigned from Judge Whitney to Judge Mullen in January 2019, at which point the trial date was moved to May 28, 2019. *See* Dkt. 55, 57.

issues in the case. At the same time, we immediately began preparing for trial, including by interviewing multiple fact witnesses and potential experts on the underlying issues of religious doctrine.

14. In April 2019, the parties began engaging in settlement discussions and, therefore, requested and obtained a stay of the litigation to pursue those efforts. Consequently, the remaining 55.6 hours of our work were devoted primarily to settlement efforts.

15. The settlement process was unusually time consuming due in large part to the Department's repeated delays. These delays are summarized below:

- In April 2019, the Department agreed to provide proposed revisions to the Manual, and the parties therefore obtained a stay to pursue settlement.

- After we made several requests for updates, the Department provided its first proposed revisions to the Manual on June 14. We responded the same day with questions and requests for clarification about the proposed revisions.

- After we made several requests for a response, the Department responded to our inquiries on July 24. On July 29, we provided the Department with additional proposed revisions in light of its response.

- On August 27, the Department provided a new proposed version of the Manual. The next day, we responded with additional revisions and suggested clarifications.

- After we made several requests for a response, the Department responded to our proposal and provided additional revisions on October 30. Around this time, opposing counsel was away from the office for medical reasons, and notified us of her return on November 14.

- On December 5, we sent the Department our final set of proposed revisions.

- On December 11, the Department sent us additional revisions. That same day, we responded with terms for a proposed consent decree.

- After we made several requests for a response, the Department tentatively agreed to our proposed consent decree terms on January 31.

- On February 11, the Department confirmed its agreement to our proposed consent decree terms.

- After reducing the terms to a formal consent decree and judgment, the parties jointly moved for entry of the proposed consent decree on March 2. The Court entered the consent decree on March 5.

16. In sum, Plaintiff is seeking a total of 136.1 hours of legal time incurred by Poyner Spruill.

17. At our standard rates, this amount of time would amount to $42,943.50. However, we have reduced our hourly rates substantially in accordance with the Prisoner Litigation Reform Act, 42 U.S.C. § 1997e, which sets a maximum hourly rate ranging from $210 per hour to $228 per hour. Therefore, consistent with the PLRA, Plaintiff is seeking a total of $29,577.60 in fees to date.

18. All of these hours were necessary to prepare this case for trial and ultimately negotiate a favorable resolution prior to trial.

19. The hourly rates requested are substantially less than the rates charged for similar services performed by attorneys of comparable skill, experience, and reputation in the legal community for this work in Mecklenburg County, North Carolina.

20. In addition, Poyner Spruill has incurred costs in the amount of $902.93. These costs include legal research costs, printing costs, mileage at the IRS rate and reasonable administrative fees that encompass copying costs, delivery costs, and filing fees. The records attached as **Exhibit B** to this affidavit accurately reflect the costs that our firm incurred in this matter.

21. These costs were necessary to bring this matter to a successful resolution, and, in my experience, are reasonable and consistent with costs incurred in other complex matters such as this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This the 16th day of March, 2020.

_____
John Michael Durnovich

| Date | Name | Rate (PLRA) | Hours | Amount (PLRA) | Narrative |
|---|---|---|---|---|---|
| 12/19/2018 | Durnovich, John (JM) M. | $210.00 | 1.3 | $273.00 | Communications with Judge Whitney's clerk regarding possible representation pro bono; initial review of docket and summary judgment order. |
| 12/19/2018 | Durnovich, John (JM) M. | $210.00 | 0.3 | $63.00 | Telephone conference with Andrew Erteschik regarding potential engagement. |
| 12/19/2018 | Erteschik, Andrew H. | $210.00 | 0.2 | $42.00 | Phone conversation with JM Durnovich re background facts. |
| 12/20/2018 | Durnovich, John (JM) M. | $210.00 | 2.7 | $567.00 | Communications with Judge Whitney's clerk regarding possible representation pro bono. |
| 12/20/2018 | Zinkow, N. Cosmo | $210.00 | 0.3 | $63.00 | Emails with litigation team re new matter; review of summary judgment motion |
| 12/20/2018 | Erteschik, Andrew H. | $210.00 | 0.9 | $189.00 | Initial review and analysis of summary judgment order and conference with litigation team re next steps for case intake. |
| 12/21/2018 | Durnovich, John (JM) M. | $210.00 | 0.7 | $147.00 | Initial review of background information regarding Jehovah's Witness faith; communications with clerk's office regarding potential representation. |
| 12/26/2018 | Durnovich, John (JM) M. | $210.00 | 1.6 | $336.00 | Receipt and review of orders regarding request to represent Brown and pretrial conference; revise engagement letter; draft letter to prison requesting visit. |
| 12/27/2018 | Durnovich, John (JM) M. | $210.00 | 0.5 | $105.00 | Draft visitation request and coordinate transmission of same to Alexander Correctional Institution. |
| 12/31/2018 | Durnovich, John (JM) M. | $210.00 | 0.9 | $189.00 | Begin researching and reviewing elements of RLUIPA claims and cases regarding [ACP information]. |
| 1/2/2019 | Durnovich, John (JM) M. | $210.00 | 0.2 | $42.00 | Communications with Judge Whitney's clerk Erin McClachlan regarding representation. |
| 1/3/2019 | Durnovich, John (JM) M. | $210.00 | 0.1 | $21.00 | Attempt to contact Alexander Correctional Institution to follow-up on request for visitation. |
| 1/3/2019 | Zinkow, N. Cosmo | $210.00 | 2.4 | $504.00 | Review of docket and complaint; Paperwork for WDNC |
| 1/4/2019 | Durnovich, John (JM) M. | $210.00 | 0.3 | $63.00 | Telephone conference with Marshall Brown regarding [ACP information]; coordinate mailing of engagement letter to Marshall Brown. |
| 1/7/2019 | Durnovich, John (JM) M. | $210.00 | 0.2 | $42.00 | Call to Alexander Correction Institution in continued effort to schedule visitation. |
| 1/9/2019 | Erteschik, Andrew H. | $210.00 | 0.9 | $189.00 | Attention to notice of hearing of pre-trial conference. Coordinating trial team's next steps. Review of deadlines and coordinating fulfillment of pre-trial obligations. Attention to case transfer. Conference with litigation team re [ACP information]. E-mail correspondence with litigation team re additional pretrial matters |
| 1/9/2019 | Zinkow, N. Cosmo | $210.00 | 3 | $630.00 | Research and analysis [ACP information]; phone calls with clerk's office concerning pretrial timeline; review and analysis of docket |
| 1/9/2019 | Durnovich, John (JM) M. | $210.00 | 1.2 | $252.00 | Draft second written request to Alexander Correctional Institution for visitation with Marshall Brown; receipt and review of revised notice of final pretrial conference and order regarding referral of matter to Judge Mullen; review Judge Mullen's pretrial order and evaluate upcoming deadlines. |
| 1/10/2019 | Zinkow, N. Cosmo | $210.00 | 0.4 | $84.00 | Emails with litigation team re expert witness; review of materials regarding the same |

| Date | Name | Rate (PLRA) | Hours | Amount (PLRA) | Narrative |
|---|---|---|---|---|---|
| 1/10/2019 | Erteschik, Andrew H. | $210.00 | 0.5 | $105.00 | Review of materials re whether [ACP information]. Coordinating expert-witness search with litigation team. E-mail correspondence with opposing counsel re appearance in case. |
| 1/10/2019 | Durnovich, John (JM) M. | $210.00 | 1.7 | $357.00 | Communications with law clerk Erin McLachlan regarding transfer of case to Judge Mullen; revise Notice of Appearance and coordinate filing of same; telephone conference with Alexander Correctional Institution regarding scheduling of visit with Mr. Brown; |
| 1/10/2019 | King, Joanna | $210.00 | 1.1 | $231.00 | Revise and finalize Notices of Appearance for Andrew Erteschik, J.M. Durnovich and Cosmo Zinkow. Electronically submit pleading to the Court using electronic case management system. |
| 1/13/2019 | Erteschik, Andrew H. | $210.00 | 3.4 | $714.00 | Attend Jehovah's Witnesses service ("Meeting") to gain fuller understand of worship circumstances that client seeks. Follow-up discussion with litigation team re same. |
| 1/13/2019 | Durnovich, John (JM) M. | $210.00 | 8.6 | $1,806.00 | Review and evaluate affidavits submitted by Defendants in support of summary judgment; analysis of [ACP information]; travel to and attend Jehovah's Witness meeting with litigation team. |
| 1/13/2019 | Zinkow, N. Cosmo | $210.00 | 3.8 | $798.00 | Attended JW church service |
| 1/16/2019 | Durnovich, John (JM) M. | $210.00 | 0.3 | $63.00 | Communications with potential witness Kenneth Holmes regarding transfer of Marshall Brown. |
| 1/16/2019 | Durnovich, John (JM) M. | $210.00 | 0.4 | $84.00 | Telephone conference with Kenneth Holmes regarding Mr. Brown's transfer from Alexander Correctional Institution. |
| 1/17/2019 | Durnovich, John (JM) M. | $210.00 | 0.2 | $42.00 | Communications with Kim Simon regarding efforts to finalize visit with client. |
| 1/18/2019 | Erteschik, Andrew H. | $210.00 | 0.1 | $21.00 | E-mail correspondence with litigation team re status of meeting with client. |
| 1/18/2019 | Durnovich, John (JM) M. | $210.00 | 0.4 | $84.00 | Communications with Marion Correctional Institution regarding scheduling of visit and credentials. |
| 1/18/2019 | Simon, Kimberly K. | $210.00 | 0.4 | $84.00 | Prepare letter to NC Dept. of Public Safety requesting visitation of inmate, including providing required credentials of JM Durnovich, C. Zinkow and K. Simon. Follow-up with Visitation Office for confirmation of visit. |
| 1/24/2019 | Simon, Kimberly K. | $210.00 | 0.3 | $63.00 | Draft interview questions. |
| 1/25/2019 | Durnovich, John (JM) M. | $210.00 | 8.3 | $1,743.00 | Travel to Marion Correctional Institution for meeting with Marshall Brown. |
| 1/25/2019 | Durnovich, John (JM) M. | $210.00 | 1.5 | $315.00 | Analysis of [ACP information] and prepare list of questions for initial meeting. |
| 1/25/2019 | Erteschik, Andrew H. | $210.00 | 0.1 | $21.00 | E-mail correspondence with litigation team re [ACP information]. |
| 1/25/2019 | Simon, Kimberly K. | $210.00 | 10.8 | $2,268.00 | Travel to Marion Correctional Institution. Meeting with JM Durnovich prior to interview with client. Interview client. Return to Raleigh. |
| 2/12/2019 | Durnovich, John (JM) M. | $210.00 | 0.5 | $105.00 | Telephone conference with potential witness Kenneth Holmes regarding Marshall Brown and pending habeas petition. |
| 2/21/2019 | Durnovich, John (JM) M. | $222.00 | 1.4 | $310.80 | Telephone conference with consultant Watchtower attorneys regarding case background and general constitutional issues presented. |
| 2/21/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | E-mail correspondence with trial team re status. |

*Brown v. Solomon, et al.* - Plaintiff's Attorneys' Fees (Exhibit A)

| Date | Name | Rate (PLRA) | Hours | Amount (PLRA) | Narrative |
|---|---|---|---|---|---|
| 2/22/2019 | Durnovich, John (JM) M. | $222.00 | 0.4 | $88.80 | Communications with consultant Crystal Matteson from Watchtower legal regarding religious doctrine at issue. |
| 2/25/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | E-mail correspondence with trial team re conversation with Court clerk and upcoming trial scheduling. |
| 2/25/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Communications with legal department at Watchtower regarding religious doctrine. |
| 2/26/2019 | Erteschik, Andrew H. | $222.00 | 0.5 | $111.00 | Review of pre-trial order. Related conference with trial team re subpoenas and next steps. |
| 2/26/2019 | Durnovich, John (JM) M. | $222.00 | 2 | $444.00 | Receipt and review of order setting trial date; meeting with litigation team to identify initial tasks for trial preparation; review and analysis of [ACP information]. |
| 2/26/2019 | Zinkow, N. Cosmo | $222.00 | 4.4 | $976.80 | Research and analysis of [ACP information]; phone call with litigation team [ACP information]; review and analysis of Judge Mullen's scheduling requirements; emails and calendar invites pertaining to the same |
| 2/27/2019 | Durnovich, John (JM) M. | $222.00 | 1.2 | $266.40 | Draft letter to Marshall Brown regarding [ACP information]; analysis of issues regarding [ACP information]. |
| 2/28/2019 | Durnovich, John (JM) M. | $222.00 | 1.2 | $266.40 | Communications with Kim Simon regarding [ACP information]; Communications with potential witness Louis Fittipaldi regarding potential involvement as witness. |
| 3/5/2019 | Zinkow, N. Cosmo | $222.00 | 0.4 | $88.80 | Review and analysis of edocket with Kim |
| 3/7/2019 | King, Joanna | $222.00 | 0.2 | $44.40 | Research and provide Kim Simon with Judge Mullen's staff information. |
| 3/12/2019 | Zinkow, N. Cosmo | $222.00 | 0.2 | $44.40 | Review and analysis of docket and scheduling order |
| 3/14/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | Conference with JM Durnovich re interview of witness. |
| 3/14/2019 | Durnovich, John (JM) M. | $222.00 | 3.5 | $777.00 | Telephone conference with potential witness Ashley Thomas regarding experiences with prison ministry; Telephone conference with potential witness Jeff Haislip regarding experiences with prison ministry; Telephone conference with potential witness Larry McGhaw regarding experiences with prison ministry; Telephone conference with potential witness Louis Fittipaldi regarding experiences with prison ministry. |
| 3/15/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Communications with Kim Simon regarding follow-up to telephone witness interviews and strategy for moving forward. |
| 3/20/2019 | Durnovich, John (JM) M. | $222.00 | 0.5 | $111.00 | Communications with Kim Simon regarding potential trial witnesses; attention to issues regarding delivery of materials from Marshall Brown. |
| 3/21/2019 | Durnovich, John (JM) M. | $222.00 | 0.8 | $177.60 | Telephone conference with Crystal Matteson at Watchtower regarding potential witness testimony at trial and Watchtower's request for conference call; coordinate scheduling of conference call with Watchtower. |
| 3/25/2019 | Durnovich, John (JM) M. | $222.00 | 0.6 | $133.20 | Telephone conference with Joel Taylor of Watchtower regarding upcoming trial and witness testimony. |
| 3/26/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Telephone conference with potential witness Louis Fittipaldi regarding upcoming trial and availability to testify. |

| Date | Name | Rate (PLRA) | Hours | Amount (PLRA) | Narrative |
|---|---|---|---|---|---|
| 3/27/2019 | Durnovich, John (JM) M. | $222.00 | 1.2 | $266.40 | Telephone conference with potential witness Ashley Thomas regarding upcoming trial and availability to testify; draft letter to Louis Fittipaldi regarding trial subpoena; coordinate service of trial subpoena. |
| 4/1/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Receipt and review of documents from Marshall Brown. |
| 4/5/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | E-mail correspondence with JM Durnovich re [ACP information]. Related phone conversation with JM Durnovich re [ACP information]. |
| 4/5/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Telephone conference with opposing counsel regarding potential settlement terms. |
| 4/8/2019 | Erteschik, Andrew H. | $222.00 | 1.1 | $244.20 | Conference with JM Durnovich and Cosmo Zinkow re strategy for [ACP information]. Conference with opposing counsel re potential settlement. Follow-up conference with JM Durnovich and Cosmo Zinkow re [ACP information]. |
| 4/8/2019 | Durnovich, John (JM) M. | $222.00 | 1.9 | $421.80 | Analysis of issues regarding [ACP information]; telephone conference with opposing counsel regarding proposed settlement terms and potential stay of litigation; conference with litigation team regarding [ACP information]. |
| 4/8/2019 | Zinkow, N. Cosmo | $222.00 | 1.5 | $333.00 | Meeting with litigation team re [ACP information]; meeting with opposing counsel re settlement potential; follow up meeting with litigation team regarding [ACP information]. |
| 4/9/2019 | Erteschik, Andrew H. | $222.00 | 0.5 | $111.00 | Reviewing and editing/revising joint stay motion. Related e-mail correspondence with opposing counsel. Review of opposing counsel's draft stay motion content. |
| 4/9/2019 | Durnovich, John (JM) M. | $222.00 | 3 | $666.00 | Telephone conference with Marshall Brown regarding [ACP information]; communications with opposing counsel regarding possibility of settlement, upcoming trial deadlines, and stay of trial deadlines; draft joint motion to stay trial and pre-trial deadlines pending settlement discussions; analysis of issues regarding [ACP information]. |
| 4/10/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | Conference with Kim Simon re [ACP information]. |
| 4/11/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | E-mail correspondence with JM Durnovich re joint stay motion. |
| 4/11/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | E-mail correspondence with litigation team re status of joint motion and call to court's case manager. |
| 4/11/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Communications with opposing counsel regarding revisions to joint motion to stay; telephone conference with clerk to notify court of filing of motion to stay. |
| 4/18/2019 | Durnovich, John (JM) M. | $222.00 | 0.6 | $133.20 | Draft letter to Marshall Brown regarding [ACP information]. |
| 4/26/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Telephone conference with potential witness Ashley Thomas regarding postponement of trial; Telephone conference with potential witness Louis Fittipaldi regarding postponement of trial. |
| 5/3/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Communications with AAG Yvonne Ricci regarding draft revisions to policy. |
| 5/13/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | Conference with litigation team re upcoming deadlines and status of NCDOJ policy redraft. |
| 5/13/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Communications with Yvonne Ricci regarding status of policy revisions. |
| 5/14/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Coordinate research concerning [ACP information]. |

*Brown v. Solomon, et al.* - Plaintiff's Attorneys' Fees (Exhibit A)

| Date | Name | Rate (PLRA) | Hours | Amount (PLRA) | Narrative |
|---|---|---|---|---|---|
| 5/15/2019 | Durnovich, John (JM) M. | $222.00 | 0.5 | $111.00 | Analysis of issues regarding [ACP information]. |
| 5/16/2019 | Doaks, Nia K. | $222.00 | 0.6 | $133.20 | Researching [ACP information]. |
| 5/17/2019 | Doaks, Nia K. | $222.00 | 0.6 | $133.20 | Continuing to research [ACP information]. |
| 5/20/2019 | Doaks, Nia K. | $222.00 | 1.3 | $288.60 | Legal analysis of [ACP information]. |
| 5/23/2019 | Doaks, Nia K. | $222.00 | 0.9 | $199.80 | Draft memorandum to JMD re [ACP information]. |
| 6/6/2019 | Durnovich, John (JM) M. | $222.00 | 0.6 | $133.20 | Meeting with Kim Simon to discuss [ACP information]. |
| 6/11/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Communications with Yvonne Ricci regarding status of policy revisions. |
| 6/14/2019 | Erteschik, Andrew H. | $222.00 | 0.3 | $66.60 | E-mail correspondence with opposing counsel re prison policy revisions. Brief review of prison policy revisions. |
| 6/14/2019 | Durnovich, John (JM) M. | $222.00 | 0.5 | $111.00 | Receipt and review of draft revisions to religious manual. |
| 6/17/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | Brief review of status report. Discussion with Kim Simon re settlement-related issues. |
| 6/17/2019 | Durnovich, John (JM) M. | $222.00 | 1.5 | $333.00 | Receipt and review of proposed revisions to Religious Manual; draft letter to Marshall Brown concerning [ACP information]; receipt and review of draft Status Report; revise Status Report and discuss filing of same with Yvonne Ricci; continued work reviewing proposed revisions to Religious Manual and adequacy of proposal. |
| 6/18/2019 | Durnovich, John (JM) M. | $222.00 | 1.1 | $244.20 | Draft letter to Marshall Brown regarding [ACP information]; analysis of issues regarding [ACP information]. |
| 6/19/2019 | Erteschik, Andrew H. | $222.00 | 0.1 | $22.20 | Review of Court's order on joint motion to stay. |
| 6/20/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Analysis of issues regarding [ACP information]. |
| 6/25/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Attention to issues regarding prison's delayed delivery of settlement correspondence to Marshall Brown. |
| 7/5/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Work on contacting Marshall Brown and communicate with prisons regarding transfer to new facility. |
| 7/11/2019 | Erteschik, Andrew H. | $222.00 | 0.1 | $22.20 | E-mail correspondence with opposing counsel re status. |
| 7/15/2019 | Durnovich, John (JM) M. | $222.00 | 0.5 | $111.00 | Receipt and review of letter from Marshall Brown regarding transfer and review of proposed revisions to manual; telephone conference with Scotland Correctional Institution to request information regarding Marshall Brown's transfer. |
| 7/16/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Attempt to contact Case Manager Calvin Bethea at Scotland Correctional Institution. |
| 7/17/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Continued attempts to contact Case Manager Calvin Bethea. |
| 7/18/2019 | Erteschik, Andrew H. | $222.00 | 0.1 | $22.20 | E-mail correspondence with opposing counsel re status. |
| 7/18/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Coordinate fax to Scotland CI requesting telephone conference with Marshall Brown. |

*Brown v. Solomon, et al.* - Plaintiff's Attorneys' Fees (Exhibit A)

| Date | Name | Rate (PLRA) | Hours | Amount (PLRA) | Narrative |
|---|---|---|---|---|---|
| 7/23/2019 | Durnovich, John (JM) M. | $222.00 | 0.7 | $155.40 | Communications with Yvonne Ricci to follow up on questions concerning policy revisions; telephone conference with Marshall Brown regarding [ACP information]. |
| 7/24/2019 | Durnovich, John (JM) M. | $222.00 | 0.9 | $199.80 | Receipt and review of revised Manual and related policy revisions from Yvonne Ricci. |
| 7/25/2019 | Erteschik, Andrew H. | $222.00 | 0.4 | $88.80 | Review and analysis of new state policy and related e-mail correspondence with litigation team re [ACP information]. |
| 7/25/2019 | Durnovich, John (JM) M. | $222.00 | 0.6 | $133.20 | Communications with litigation team regarding [ACP information]. |
| 7/25/2019 | Zinkow, N. Cosmo | $222.00 | 0.7 | $155.40 | Review and analysis of revised religious practices manual; email with litigation team regarding the same. |
| 7/29/2019 | Durnovich, John (JM) M. | $222.00 | 1.4 | $310.80 | Draft response to Yvonne Ricci outlining concerns and feedback on proposed revisions to religious manual. |
| 7/29/2019 | Erteschik, Andrew H. | $222.00 | 0.2 | $44.40 | Review of emails to opposing counsel re interpretation of new policy. |
| 8/15/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Receipt and review of draft Joint Status Report; communications with Yvonne Ricci regarding status report and scheduling of conference to discuss further revisions. |
| 8/23/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Analysis of issues regarding [ACP information]. |
| 8/27/2019 | Durnovich, John (JM) M. | $222.00 | 2 | $444.00 | Analysis of issues regarding proposed revisions to prison policies in preparation for settlement conference. |
| 8/28/2019 | Durnovich, John (JM) M. | $222.00 | 0.6 | $133.20 | Draft proposed language concerning offenders' right to schedule additional corporate worship sessions and transmit proposal to opposing counsel. |
| 8/29/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Draft letter to Marshall Brown regarding [ACP information]. |
| 9/20/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Communications with opposing counsel regarding status of proposed revisions. |
| 10/7/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Receipt and review of letter and documents from Marshall Brown regarding [ACP information]. |
| 10/8/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Review communications with State regarding assurances for pastoral visits. |
| 10/9/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Communications with Kim Simon regarding updates from potential witnesses and [ACP information]. |
| 10/9/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Telephone conference with Yvonne Ricci regarding efforts to revise religious policies and upcoming status report. |
| 10/10/2019 | Durnovich, John (JM) M. | $222.00 | 0.4 | $88.80 | Communications with Kim Simon regarding efforts to secure additional pastoral visits for Marshall Brown. |
| 10/11/2019 | Erteschik, Andrew H. | $222.00 | 0.1 | $22.20 | Attention to email from opposing counsel re stipulation. |
| 10/14/2019 | Durnovich, John (JM) M. | $222.00 | 0.1 | $22.20 | Receipt and review of order granting continuance of stay. |
| 10/30/2019 | Durnovich, John (JM) M. | $222.00 | 0.4 | $88.80 | Communications with opposing counsel regarding proposed revisions to policies. |
| 11/5/2019 | Durnovich, John (JM) M. | $222.00 | 0.6 | $133.20 | Draft letter to Marshall Brown concerning [ACP information]. |
| 11/7/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Finish drafting update letter to Marshall Brown and coordinate transmission of same. |

*Brown v. Solomon, et al.* - Plaintiff's Attorneys' Fees (Exhibit A)

| Date | Name | Rate (PLRA) | Hours | Amount (PLRA) | Narrative |
|---|---|---|---|---|---|
| 11/14/2019 | Durnovich, John (JM) M. | $222.00 | 0.3 | $66.60 | Communications with opposing counsel regarding settlement prospects; coordinate request for conference call with Marshall Brown. |
| 11/15/2019 | Durnovich, John (JM) M. | $222.00 | 0.5 | $111.00 | Telephone conference with Kim Simon regarding strategy [ACP information]. |
| 11/18/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Telephone conference with Yvonne Ricci regarding status of visitations at Scotland Correctional. |
| 11/19/2019 | Durnovich, John (JM) M. | $222.00 | 2.2 | $488.40 | Communications with Kenneth Holmes regarding status of matter; telephone conference with Marshall Brown regarding [ACP information]; draft letter to Marshall Brown setting forth [ACP information]. |
| 12/3/2019 | Durnovich, John (JM) M. | $222.00 | 0.6 | $133.20 | Telephone conference with Marshall Brown regarding [ACP information]. |
| 12/5/2019 | Durnovich, John (JM) M. | $222.00 | 0.4 | $88.80 | Communications with Yvonne Ricci regarding proposed revisions to policy manual. |
| 12/9/2019 | Erteschik, Andrew H. | $222.00 | 0.6 | $133.20 | Review and analysis of email proposal from Department of Corrections and counterproposal. Conference with JM Durnovich re [ACP information]. |
| 12/9/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Meeting with Kim Simon and Andrew Erteschik regarding current matter status and [ACP information]. |
| 12/11/2019 | Erteschik, Andrew H. | $222.00 | 0.9 | $199.80 | Review and analysis of settlement offers from opposing counsel. Conference with JM Durnovich and litigation team re same. Review and analysis of additional settlement correspondence with opposing counsel. |
| 12/11/2019 | Zinkow, N. Cosmo | $222.00 | 0.6 | $133.20 | Review and analysis of emails from Yvonne related to potential for settlement. |
| 12/11/2019 | Durnovich, John (JM) M. | $222.00 | 1.4 | $310.80 | Communications with Yvonne Ricci regarding proposed revisions to policy manual; draft proposed revisions to language and related stipulations for potential settlement. |
| 12/13/2019 | Durnovich, John (JM) M. | $222.00 | 0.7 | $155.40 | Communications with Yvonne Ricci regarding potential settlement and joint status report. |
| 12/23/2019 | Durnovich, John (JM) M. | $222.00 | 0.2 | $44.40 | Draft letter to Marshall Brown with updates regarding [ACP information]. |
| 1/15/2020 | Erteschik, Andrew H. | $228.00 | 0.2 | $45.60 | Conference with JM Durnovich re [ACP information]. |
| 1/23/2020 | Durnovich, John (JM) M. | $228.00 | 0.2 | $45.60 | Communications with opposing counsel regarding proposed consent decree. |
| 1/28/2020 | Durnovich, John (JM) M. | $228.00 | 0.2 | $45.60 | Telephone conference with Marshall Brown regarding [ACP information]. |
| 2/3/2020 | Erteschik, Andrew H. | $228.00 | 0.4 | $91.20 | Reviewing and editing/revising draft consent decree. Related e-mail correspondence with JM Durnovich re same. |
| 2/3/2020 | Durnovich, John (JM) M. | $228.00 | 0.2 | $45.60 | Work on revising proposed consent decree. |
| 2/4/2020 | Durnovich, John (JM) M. | $228.00 | 0.3 | $68.40 | Work on revising proposed consent decree; Communications with opposing counsel regarding same. |
| 2/11/2020 | Erteschik, Andrew H. | $228.00 | 0.1 | $22.80 | Brief review of status report and e-mail correspondence with JM re same. |
| 2/11/2020 | Durnovich, John (JM) M. | $228.00 | 0.6 | $136.80 | Communications with opposing counsel regarding proposed consent decree and joint status report. |
| 2/12/2020 | Erteschik, Andrew H. | $228.00 | 0.1 | $22.80 | Attention to Court's scheduling order. Related e-mail correspondence with JM Durnovich. |
| 2/18/2020 | Durnovich, John (JM) M. | $228.00 | 4.7 | $1,071.60 | Meeting with Marshall Brown at Scotland C.I. to discuss [ACP information]. |

*Brown v. Solomon, et al.* - Plaintiff's Attorneys' Fees (Exhibit A)

| Date | Name | Rate (PLRA) | Hours | Amount (PLRA) | Narrative |
|---|---|---|---|---|---|
| 2/18/2020 | Durnovich, John (JM) M. | $228.00 | 2.6 | $592.80 | Begin outlining fee petition; analysis of issues regarding entitlement to fee recovery. |
| 2/19/2020 | Durnovich, John (JM) M. | $228.00 | 0.4 | $91.20 | Draft notice of settlement and motion for entry of consent decree. |
| 2/19/2020 | Durnovich, John (JM) M. | $228.00 | 2.9 | $661.20 | Work on reviewing time entries for fee request and evaluating reasonableness of fee request. |
| 2/20/2020 | Durnovich, John (JM) M. | $228.00 | 0.9 | $205.20 | Analysis of issues regarding [ACP information]. |
| 2/24/2020 | Erteschik, Andrew H. | $228.00 | 0.6 | $136.80 | Conference with JM Durnovich re [ACP information]. |
| 2/24/2020 | Durnovich, John (JM) M. | $228.00 | 0.5 | $114.00 | Draft notice of settlement and joint motion for entry of consent decree; transmit same to Norlan Graves for review. |

*Brown v. Solomon, et al.* - Plaintiff's Attorneys' Fees (Exhibit B)

| Date | Bill Amount | Narrative |
|---|---|---|
| 1/10/2019 | $59.60 | Administrative Expenses |
| 1/10/2019 | $19.40 | VENDOR: LexisNexis INVOICE#: 1901007402 DATE: 1/31/2019 DURNOVICH JOHN |
| 1/25/2019 | $166.92 | Administrative Expenses |
| 1/28/2019 | $249.40 | Mileage; Marion Correction Institution; Client Interview |
| 1/30/2019 | $108.34 | Mileage; Marion Correctional Institution, Marion, NC |
| 1/30/2019 | $30.46 | VENDOR: Durnovich, John (JM) M.; INVOICE#: MARION/012519; DATE: 1/25/19 Marion, NC |
| 2/22/2019 | $2.59 | VENDOR: LexisNexis INVOICE#: 0120190307 DATE: 2/28/2019 SIMON KIM |
| 3/14/2019 | $23.85 | Administrative Expenses |
| 3/30/2019 | $27.58 | VENDOR: FEDEX INVOICE#: 650896592 DATE: 4/2/2019 Louis Fittipaldi TAYLORSVILLE NC |
| 3/21/2019 | $13.22 | VENDOR: LexisNexis INVOICE#: 1903007304 DATE: 3/29/2019 DURNOVICH JOHN |
| 3/31/2019 | $0.60 | VENDOR: Pacer Service Center INVOICE#: 0120190415 DATE: 3/31/2019 Research expenses for Pacer |
| 4/8/2019 | $11.50 | VENDOR: LexisNexis INVOICE#: 3092019715 DATE: 4/30/2019 DURNOVICH JOHN |
| 5/23/2019 | $44.65 | VENDOR: LexisNexis INVOICE#: 3092064015 DATE: 5/31/2019 DURNOVICH JOHN |
| 6/18/2019 | $6.55 | Administrative Expenses |
| 6/28/2019 | $138.27 | Administrative Expenses |

**Total:** **$902.93**