UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-66-MR

| | |
|---|---|
| MARSHALL LEE BROWN, JR.,<br><br>                Plaintiff,<br><br>v.<br><br>GEORGE T. SOLOMON, et al.<br><br>                Defendants. | **NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

      Plaintiff Marshall Lee Brown, Jr., by and through his undersigned counsel, hereby gives notice that he is withdrawing his motion for attorneys' fees and costs (Doc. 75) that was filed in this matter on March 18, 2020. The parties have reached an agreement resolving the motion voluntarily and, therefore, no further action is required.

      Respectfully submitted this the 28th day of May, 2020.

                                  **POYNER SPRUILL LLP**

                        By:   s/ J.M. Durnovich
                              J.M. Durnovich
                              N.C. State Bar No. 47715
                              301 South College Street, Suite 2900
                              Charlotte, NC 28202
                              Telephone: 704.342.5344
                              Facsimile: 704.342.5264
                              jdurnovich@poynerspruill.com

                              ATTORNEYS FOR PLAINTIFF
                              MARSHALL LEE BROWN, JR.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

Norlan Graves
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602-0629
ngraves@ncdoj.gov

This the 28th day of May, 2020.

**POYNER SPRUILL LLP**

By: s/ J.M. Durnovich
J.M. Durnovich
N.C. State Bar No. 47715
301 South College Street, Suite 2900
Charlotte, NC 28202
Telephone: 704.342.5344
Facsimile: 704.342.5264
jdurnovich@poynerspruill.com

ATTORNEYS FOR PLAINTIFF
MARSHALL LEE BROWN, JR.